UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

    v.

STERLING CENTRECORP INC., et al.,

    Defendants.

No. 2:08-cv-02556-MCE-JFM

ORDER

----oo0oo----

Presently before the Court is the parties' Joint Motion to Extend Time for Defendants Stephen P. Elder and Elder Development Inc. ("Elder Defendants") to file an Answer to the Complaint. Good cause having been shown, the Elder Defendants have until May 29, 2009, to so answer. The United States' Ex Parte Application to Shorten Time is denied as moot.

IT IS SO ORDERED.

Dated: March 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1