UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

v.

STERLING CENTRECORP INC., et al.,

    Defendants.

No. 2:08-cv-02556-MCE-JFM

<u>ORDER</u>

Presently before the Court is the parties' Joint Motion to Bifurcate. Pursuant to Federal Rule of Civil Procedure 42(b), the Court hereby orders discovery and trial bifurcated as follows:

    1.   Phase 1 is comprised of discovery and trial on the Court's jurisdiction over Sterling, and Defendants' liability under CERCLA section 107(a) for past and future response costs; and

///

///

1

2. Phase 2 is comprised of discovery and trial on Plaintiffs' entitlement to the response costs sought. Defendants will be permitted to raise in Phase 2 a statute of limitations defense to costs incurred prior to execution of the Record of Decision for the Mine Area Operable Unit in September 2004.

IT IS SO ORDERED.

Dated: March 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE