JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
PATRICIA L. HURST
District of Columbia Bar No. 438882
Trial Attorney
ESPERANZA ANDERSON
Pennsylvania Bar No. 62582
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.   20044
Telephone: (202) 307-1242
Fax: (202) 514-2583
Email: patricia.hurst@usdoj.gov
          esperanza.anderson@usdoj.gov

(Additional Counsel are listed on the next page)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and | No. 2:08-CV-02556-MCE-JFM |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | |
| Plaintiffs, | PLAINTIFFS' MOTION FOR LETTER OF REQUEST SEEKING INTERNATIONAL JUDICIAL ASSISTANCE |
| v. | |
| STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC., | Date: December 3, 2009 Time: 2:00pm Courtroom: 7 Trial Date: None set Judge: Morrison C. England, Jr. [Complaint filed Oct. 27, 2008) |
| Defendants. | |

Paul Cirino
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1542 (Tel.)

MCGREGOR W. SCOTT
United States District Attorney
SYLVIA QUAST, State Bar No. 159011
Chief, Defense Litigation Unit
United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2740 (Tel.)
(916) 554-2900 (Fax)
Sylvia.Quast@usdoj.gov

Attorneys for Plaintiff United States of America


EDMUND G. BROWN JR.
Attorney General of the State of California
J. MATTHEW RODRIGUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
MARGARITA PADILLA
Supervising Deputy Attorney General
KIRK MCINNIS
California Bar No. 130952
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 622-2191 (Tel.)
(510) 622-2270 (Fax)
Kirk.McInnis@doj.ca.gov

Attorneys for Plaintiff California Department of Toxic Substances Control

2

## **PLAINTIFFS' MOTION FOR A LETTER OF REQUEST SEEKING INTERNATIONAL JUDICIAL ASSISTANCE**

Pursuant to Federal Civil Procedure Rule 28(b), Plaintiffs, the United States of America and the California Department of Toxic Substances Control, respectfully move for this Court to send a letter of request ("letter rogatory") to the Ontario Superior Court of Justice seeking judicial assistance so that evidence, to be used in this case, may be obtained from a Canadian national, Jack Gilbert, in Toronto, Ontario. Plaintiffs seek to take the oral examination (deposition) of Mr. Jack Gilbert and request that Mr. Gilbert be made to produce any documents in his possession that relate to Lava Cap Mine. Plaintiffs have conferred with counsel for Defendant Sterling Centrecorp, Inc. ("Sterling"), and they have conferred directly with Defendants Stephen Elder and Elder Development, Inc. All Defendants have advised Plaintiffs that they will not join in Plaintiffs' motion.

In support of their motion, Plaintiffs attached a memorandum of law. Plaintiffs have also attached a proposed letter of request. If Plaintiffs' motion is granted, the proposed letter of request is to be executed by this Court and filed with the Canadian Court by United States' hired Canadian counsel.

Dated: October 28, 2009  */s Esperanza Anderson*
         ESPERANZA ANDERSON
         Pennsylvania Bar No. 62582
         Trial Attorney
         PATRICIA L. HURST
         District of Columbia Bar No. 438882
         Trial Attorney
         Environmental Enforcement Section
         Environment & Natural Resources Division
         United States Department of Justice
         P.O. Box 7611
         Washington, D.C.  20044
         Telephone: (202) 307-1242
         Fax: (202) 514-2583
         Email: patricia.hurst@usdoj.gov
            esperanza.anderson@usdoj.gov

         Attorneys for Plaintiff United States of America

*/s Kirk McInnis*
KIRK MCINNIS
California Bar No. 130952
Deputy Attorney General
Telephone: (510) 622-2191
Fax: (510) 622-2270
Email: Kirk.McInnis@doj.ca.gov

Attorneys for Plaintiff California Department of Toxic Substances Control

4