JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
PATRICIA L. HURST
District of Columbia Bar No. 438882
Trial Attorney
ESPERANZA ANDERSON
Pennsylvania Bar No. 62582
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.   20044
Telephone: (202) 307-1242
Fax: (202) 514-2583
Email: patricia.hurst@usdoj.gov
        esperanza.anderson@usdoj.gov

(Additional Counsel are listed on the next page)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | No. 2:08-CV-02556-MCE-JFM<br><br>PLAINTIFFS' NOTICE OF HEARING RE MOTION FOR LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE<br><br>Date: December 3, 2009<br>Time: 2:00pm<br>Courtroom: 7<br>Trial Date: None Set<br>Judge Morrison C. England, Jr.<br><br>[Complaint Filed: 10/27/08] |

Paul Cirino
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1542 (Tel.)

MCGREGOR W. SCOTT
United States District Attorney
SYLVIA QUAST, State Bar No. 159011
Chief, Defense Litigation Unit
United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2740 (Tel.)
(916) 554-2900 (Fax)
Sylvia.Quast@usdoj.gov

Attorneys for Plaintiff United States of America

EDMUND G. BROWN JR.
Attorney General of the State of California
J. MATTHEW RODRIGUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
MARGARITA PADILLA
Supervising Deputy Attorney General
KIRK MCINNIS
California Bar No. 130952
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 622-2191 (Tel.)
(510) 622-2270 (Fax)
Kirk.McInnis@doj.ca.gov

Attorneys for Plaintiff California Department of Toxic Substances Control

2

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on December 3, 2009 at 2:00pm, or as soon thereafter as the matter may be heard, in Courtroom 7 of the above-referenced Court, located at 501 I Street, Sacramento, California, 95814, Plaintiffs will move this Court for a Letter of Request (Letter Rogatory) that seeks international judicial assistance. Plaintiffs seek to take an oral examination of Jack Gilbert, a Canadian national, in Toronto Canada, and Plaintiffs seek to have Jack Gilbert produce documents in his possession relating to the Lava Cap Mine at the time of his oral examination.

This Motion is made pursuant to Rules 28(b) of the Federal Rules of Civil Procedure, and it will be based upon this Notice, the supporting memorandum of law (including exhibits), and the complete files and records in this action, and any other evidence and argument as may be presented at or before the hearing.

Date: October 28, 2009

/s Esperanza Anderson
ESPERANZA ANDERSON
Pennsylvania Bar No. 62582
Trial Attorney
PATRICIA L. HURST
District of Columbia Bar No. 438882
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 307-1242
Fax: (202) 514-2583
Email: patricia.hurst@usdoj.gov
        esperanza.anderson@usdoj.gov

Attorneys for Plaintiff United States of America

3

## CERTIFICATE OF SERVICE

I certify that on October 28, 2009, a true and correct copy of the foregoing Notice and the attached Motion for Letter of Request and supporting documents, were served electronically via the Court's e-filing system to Counsel of Record registered with CM/ECF, as follows:

Kirk McInnis
Deputy Attorney General
Attorney General's Office
California Department of Justice
1300 I Street
Sacramento, California 95814
Kirk.mcinnis@doj.ca.gov

Gary J. Smith
Beveridge & Diamond, P.C.
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
gsmith@bdlaw.com

I further certify that a true and correct copies of these documents were placed in the U.S. Mail, postage prepaid, to Defendant Stephen P. Elder and Elder Development, Inc., as follows:

Stephen P. Elder and
Elder Development, Inc.
P.O. Box 2177
Nevada City, California 95959

Dated: October 28, 2009              /s Esperanza Anderson
                                     ESPERANZA ANDERSON

4