JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
PATRICIA L. HURST
District of Columbia Bar No. 438882
Trial Attorney
ESPERANZA ANDERSON
Pennsylvania Bar No. 62582
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.   20044
Telephone: (202) 307-1242
Fax: (202) 514-2583
Email: patricia.hurst@usdoj.gov
        esperanza.anderson@usdoj.gov

(Additional Counsel are listed on the next page)


## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>        Plaintiffs,<br><br>      v.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>        Defendants. | No. 2:08-CV-02556-MCE-JFM<br><br>**PLAINTIFFS' NOTICE OF HEARING RE MOTION FOR LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Date: January 7, 2010<br>Time: 11:00am<br>Courtroom: 26<br>Trial Date: None Set<br>Judge Morrison C. England, Jr.<br>Magistrate Judge John F. Moulds<br><br>[Complaint Filed: 10/27/08] |

Paul Cirino
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1542 (Tel.)

MCGREGOR W. SCOTT
United States District Attorney
SYLVIA QUAST, State Bar No. 159011
Chief, Defense Litigation Unit
United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2740 (Tel.)
(916) 554-2900 (Fax)
Sylvia.Quast@usdoj.gov

Attorneys for Plaintiff United States of America


EDMUND G. BROWN JR.
Attorney General of the State of California
J. MATTHEW RODRIGUEZ
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
MARGARITA PADILLA
Supervising Deputy Attorney General
KIRK MCINNIS
California Bar No. 130952
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 622-2191 (Tel.)
(510) 622-2270 (Fax)
Kirk.McInnis@doj.ca.gov

Attorneys for Plaintiff California Department of Toxic Substances Control

2

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on January 7, 2010 at 11:00am, or as soon thereafter as the matter may be heard, in Courtroom 7 of the above-referenced Court, located at 501 I Street, Sacramento, California, 95814, Plaintiffs will move this Court for a Letter of Request (Letter Rogatory) that seeks international judicial assistance. Plaintiffs seek to take an oral examination of Jack Gilbert, a Canadian national, in Toronto Canada, and Plaintiffs seek to have Jack Gilbert produce documents in his possession relating to the Lava Cap Mine at the time of his oral examination.

This Motion is made pursuant to Rules 28(b) of the Federal Rules of Civil Procedure, and it will be based upon this Notice, the supporting memorandum of law (including exhibits), and the complete files and records in this action, and any other evidence and argument as may be presented at or before the hearing.

Date: November 17, 2009

/s Esperanza Anderson
ESPERANZA ANDERSON
Pennsylvania Bar No. 62582
Trial Attorney
PATRICIA L. HURST
District of Columbia Bar No. 438882
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 307-1242
Fax: (202) 514-2583
Email: patricia.hurst@usdoj.gov
        esperanza.anderson@usdoj.gov

Attorneys for Plaintiff United States of America

3

## CERTIFICATE OF SERVICE

I certify that on November 17, 2009, a true and correct copy of the foregoing Notice and the attached Motion for Letter of Request and supporting documents, were served electronically via the Court's e-filing system to Counsel of Record registered with CM/ECF, as follows:

Kirk McInnis
Deputy Attorney General
Attorney General's Office
California Department of Justice
1300 I Street
Sacramento, California 95814
Kirk.mcinnis@doj.ca.gov

Gary J. Smith
Beveridge & Diamond, P.C.
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
gsmith@bdlaw.com

I further certify that a true and correct copies of these documents were placed in the U.S. Mail, postage prepaid, to Defendant Stephen P. Elder and Elder Development, Inc., as follows:

Stephen P. Elder and
Elder Development, Inc.
P.O. Box 2177
Nevada City, California 95959

Dated: November 17, 2009

/s Esperanza Anderson
ESPERANZA ANDERSON

4

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
PATRICIA L. HURST
District of Columbia Bar No. 438882
Trial Attorney
ESPERANZA ANDERSON
Pennsylvania Bar No. 62582
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 307-1242
Fax: (202) 514-2583
Email: patricia.hurst@usdoj.gov
        esperanza.anderson@usdoj.gov

(Additional Counsel are listed on the next page)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and | ) |
| | ) No. 2:08-CV-02556-MCE-JFM |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | ) |
| | ) |
| Plaintiffs, | ) PLAINTIFFS' |
| | ) MOTION FOR LETTER |
| | ) OF REQUEST SEEKING |
| | ) INTERNATIONAL |
| v. | ) JUDICIAL ASSISTANCE |
| | ) |
| STERLING CENTRECORP INC., | ) Date: January 7, 2010 |
| STEPHEN P. ELDER, and | ) Time: 11:00am |
| ELDER DEVELOPMENT, INC., | ) Courtroom: 26 |
| | ) Trial Date: None set |
| Defendants. | ) Judge: Morrison C. England, Jr. |
| | ) Magistrate Judge John F. Moulds |
| | ) [Complaint filed Oct. 27, 2008) |

MCGREGOR W. SCOTT
United States District Attorney
SYLVIA QUAST, State Bar No. 159011
Chief, Defense Litigation Unit
United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2740 (Tel.)
(916) 554-2900 (Fax)
Sylvia.Quast@usdoj.gov

Attorneys for Plaintiff United States of America

EDMUND G. BROWN JR.
Attorney General of the State of California
MATTHEW J. RODRIGUEZ
Chief Assistant Attorney General
SALLY MAGNANI KNOX
Supervising Deputy Attorney General
KIRK MCINNIS
California Bar No. 130952
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 622-2191 (Tel.)
(510) 622-2270 (Fax)
Kirk.McInnis@doj.ca.gov

Attorneys for Plaintiff California Department of Toxic Substances Control

## PLAINTIFFS' MOTION FOR A LETTER OF REQUEST SEEKING INTERNATIONAL JUDICIAL ASSISTANCE

Pursuant to Federal Civil Procedure Rule 28(b), Plaintiffs, the United States of America and the California Department of Toxic Substances Control, respectfully move for this Court to send a letter of request ("letter rogatory") to the Ontario Superior Court of Justice seeking

2

judicial assistance so that evidence, to be used in this case, may be obtained from a Canadian national, Jack Gilbert, in Toronto, Ontario. Plaintiffs seek to take the oral examination (deposition) of Mr. Jack Gilbert and request that Mr. Gilbert be made to produce any documents in his possession that relate to Lava Cap Mine. Plaintiffs have conferred with counsel for Defendant Sterling Centrecorp, Inc. ("Sterling"), and they have conferred directly with Defendants Stephen Elder and Elder Development, Inc. All Defendants have advised Plaintiffs that they will not join in Plaintiffs' motion.

In support of their motion, Plaintiffs attached a memorandum of points and authorities. Plaintiffs have also attached a proposed letter of request. If Plaintiffs' motion is granted, the proposed letter of request is to be executed by this Court and filed with the Canadian Court by United States' hired Canadian counsel.

3

Dated: November 17, 2009    /s Esperanza Anderson
ESPERANZA ANDERSON
Pennsylvania Bar No. 62582
Trial Attorney
PATRICIA L. HURST
District of Columbia Bar No. 438882
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044
Telephone: (202) 307-1242
Fax: (202) 514-2583
Email: patricia.hurst@usdoj.gov
            esperanza.anderson@usdoj.gov


Attorneys for Plaintiff United States of America




/s Kirk McInnis
KIRK MCINNIS
California Bar No. 130952
Deputy Attorney General
Telephone: (510) 622-2191
Fax: (510) 622-2270
Email: Kirk.McInnis@doj.ca.gov

Attorneys for Plaintiff California Department of Toxic
Substances Control