IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>                                Plaintiffs,<br><br>         v.<br><br>**STERLING CENTRECORP INC. STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.**<br><br>                                Defendants, | Case No. 2:08 cv 02556 MCE JFM<br><br>**ORDER**<br><br><br><br><br><br>Judge Morrison C. England, Jr.<br>Trial Date:   None set<br>Action Filed:   October 27, 2008 |

The court, having reviewed the Stipulation of the Parties to Continue the Hearing Date of the California Department of Toxic Substances Control's Motion to Dimiss Counterclaim and

1

Strike Affirmative Defenses of Stephen P. Elder and Elder Development Inc., and finding sufficent basis to continue the hearing date,

HEREBY ORDERS AS FOLLOWS:

The Motion of the California Department of Toxic Substances Control to Dismiss Counterclaim and Strike Affirmative Defenses of Stephen P. Elder and Elder Development Inc., is continued from January 28, 2010 at 2:00 p.m. to February 12, 2010 at 2:00 p.m.

DATED: December 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE