# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | |
| Plaintiffs, | No. 2:08-cv-02556 MCE JFM |
| vs. | |
| STERLING CENTRECORP, INC. STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC., | <u>ORDER GRANTING LETTER REQUEST SEEKING INTERNATIONAL JUDICIAL ASSISTANCE</u> |
| Defendants. | |
| _____ / | |

Presently calendared for hearing on January 7, 2010 is plaintiff's motion for letter of request for international judicial assistance. Pursuant to Local Rule 230(g), the court has determined that the matter will be submitted on the papers without oral argument. Upon review of the motion and the documents in support and non-opposition, and good cause appearing therefor, the court grants the motion. The attached letter request for international judicial assistance shall be filed by plaintiffs' Canadian counsel before the appropriate Canadian Court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The hearing date of January 7, 2010 is vacated.

2. Plaintiffs' November 17, 2009 motion for letter of request seeking international judicial assistance is granted.

3. The attached letter request shall be filed by plaintiffs' Canadian counsel before the appropriate Canadian Court.

4. The Clerk of the Court shall attach a copy of plaintiffs' November 17, 2009 memorandum in support of motion for letter of request to this order. (Docket No. 49-2.)

DATED: January 5, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/001;sterling.rog

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | |
| Plaintiffs, | No. 2:08-cv-02556 MCE JFM |
| vs. | |
| STERLING CENTRECORP, INC. STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC., | <u>LETTER REQUEST SEEKING INTERNATIONAL JUDICIAL ASSISTANCE</u> |
| Defendants. | |
| _____ / | |

This court respectfully requests notice as to the date, time and place where in Toronto, Ontario the oral examination (deposition) of Mr. Jack Gilbert may be taken by the parties in the above-captioned civil action. This court has fully considered this matter, including the submitted memorandum of law and affidavit of counsel for the United States, a copy of which are attached hereto, and has found good cause for this request. Mr. Gilbert held various corporate positions for Defendant Sterling Centrecorp Inc.'s corporate predecessors and its wholly-owned subsidiary when these companies held business interests relating to the Lava Cap Mine, and he personally transacted these companies' business interests relating to the mine. See the attached memorandum of law, and its exhibits, filed by Plaintiffs in this case.

3

1       At the proposed deposition, Mr. Gilbert would be examined under oath, which will be administered by a Canadian court reporter who will be charged with making a verbatim transcript of the oral examination proceeding.  The United States District Court for the Eastern District of California also asks the Canadian Court to compel Mr. Gilbert to bring to the oral examination (deposition) any documents in his possession that relate to the former business interests of Sterling Centrecorp Inc.'s predecessors and subsidiary that relate to the Lava Cap Mine property in Nevada County, California.

      This court affirms that it will reciprocate the requested assistance if in the future it is needed by the Ontario Superior Court of Justice.  Additionally, this court will see that all costs required by the Canadian judicial authorities, or other government officials, to execute this court's letter of request will be fully paid.  If such costs are to be paid prior to this request being approved, please advise what are such costs and to whom they should be paid.

DATED: January 5, 2010.

_____
UNITED STATES MAGISTRATE JUDGE