UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
and CALIFORNIA DEPARTMENT
OF TOXIC SUBSTANCES CONTROL,     No. 2:08-cv-02556-MCE-JFM

      Plaintiffs,

  v.                               **ORDER**

STERLING CENTRECORP INC.,
STEPHEN P. ELDER, and
ELDER DEVELOPMENT, INC.,

      Defendants.

----oo0oo----

This is an action brought by Plaintiffs pursuant to the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq., seeking, *inter alia*, the recovery of response costs related to the release of hazardous substances from the Lava Cap Mine Superfund Site.

///
///

1

Presently before the Court is a Joint Motion filed on behalf of Plaintiffs the United States of America and California Department of Toxic Substances Control, and Defendant Sterling Centrecorp, Inc.[1] for a five-month extension of time for completing discovery in this matter, from May 7, 2010 to October 7, 2010. The parties also request a similar extension of time with respect to the deadline for disclosure of expert witnesses and the time within which dispositive motions may be heard, until December 7, 2010 and February 11, 2011, respectively.

At the time the existing dates were set by the Court pursuant to its Pretrial Scheduling Order filed May 18, 2009, a bench trial date of March 7, 2011 was also established. By subsequent Minute Order dated January 4, 2010, however, the Court continued trial until March 5, 2012. Because the trial date has been continued for nearly a year, the parties request more time to complete discovery, which they claim is ongoing and includes the deposition of a foreign witness as well as the exchange of documents under a proposed confidentiality order.

///
///
///
///
///

---

[1] Although the remaining Defendants, Stephen P. Elder and Elder Development, Inc., have not formally joined in this Motion, the moving papers indicate that the Elder Defendants have given their consent to the Motion. Moreover, said Defendants have filed no opposition to the Motion.

1     Because the proposed extensions do not affect the current
2 trial and final pretrial conference dates, and given the joint
3 nature of the parties' extension request, the Motion for
4 Extension (Docket No. 67) is hereby GRANTED.[2]  The parties are
5 directed to complete all discovery, other than expert discovery,
6 by October 7, 2010.  The disclosure of expert witnesses shall
7 occur not later than December 7, 2010.  All dispositive motions
8 must be heard by February 11, 2011.
9     IT IS SO ORDERED.

Dated: March 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(g).