IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | No. 2:08-cv-02556-MCE-JFM<br><br>**ORDER GRANTING**<br>**JOINT MOTION FOR EXTENSION**<br>**OF DISCOVERY DEADLINES** |

Upon the Joint Motion of Plaintiffs and Defendant Sterling Centrecorp, Inc., for Extension of Discovery Deadline, and to Clarify Deadline for Filing of Dispositive Motions, any response thereto, and upon consideration of any exhibits submitted in connection with the motion, the papers and pleadings on file, and the Court otherwise being sufficiently advised,

///

///

///

1

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES
*United States of America et al. v. Sterling Centrecorp Inc. et al.*, No. 2:08-cv-02556-MCE-JFM (E.D. Cal.)

PDF created with pdfFactory trial version www.pdffactory.com

1     IT IS HEREBY ORDERED AND ADJUDGED that said motion is GRANTED. The
2 parties are directed to complete all discovery, other than expert discovery, by October 31, 2010.
3 The disclosure of expert witnesses shall occur not later than December 31, 2010. All dispositive
4 motions shall be filed by February 28, 2011, and heard as soon thereafter as possible. All other
5 scheduled dates, including the trial and final pretrial conferences dates, remain unaffected.

7 Dated: September 29, 2010

                MORRISON C. ENGLAND, JR
                UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES
*United States of America et al. v. Sterling Centrecorp Inc. et al.*, No. 2:08-cv-02556-MCE-JFM (E.D. Cal.)

PDF created with pdfFactory trial version www.pdffactory.com