UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiffs,<br><br>  v.<br><br>STERLING CENTRECORP INC., et al.,<br><br>    Defendants. | No. 2:08-cv-02556-MCE-JFM<br><br><br><br><br><br>ORDER |

----oo0oo----

The Court is in receipt of the parties' Joint Motion for an additional extension of discovery and filing deadlines (ECF No. 91), and Defendant Sterling Centrecorp Inc.'s Ex Parte Application for a hearing date on the issue prior to January 2011 (ECF No. 90).

On the Court's own motion, the parties' discovery deadlines are extended as follows: (1) expert witness disclosure shall be completed by January 31, 2011; (2) rebuttal expert disclosure shall be completed by March 2, 2011; and (3) all dispositive motions must be filed with the Court by April 29, 2011.

1

1 All other case deadlines stand as outlined in the Pretrial
2 Scheduling Order (ECF No. 28) or otherwise amended.
3     In the Ex Parte Application, Defendant Sterling Centrecorp
4 stated that Defendant Elder Development Inc. remains
5 unrepresented by counsel.  Defendant Elder Development Inc. is
6 cautioned that it will not be permitted to appear in this action
7 without representation by an attorney.  Failure to appear and/or
8 participate in this case may result in adverse action being taken
9 against Defendant Elder Development Inc., including, but not
10 limited to, terminating sanctions.  The Court has determined that
11 a hearing on this matter is unnecessary. Defendant's Ex Parte
12 Application is DENIED.
13     IT IS SO ORDERED.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE