UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cv-02556-MCE-JFM |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| STERLING CENTRECORP INC., ET AL., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED the March 5, 2012 jury trial is vacated and continued to **October 29, 2012,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **August 23, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the January 5, 2012 Final Pretrial Conference is vacated and continued to **September 6, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **August 16, 2012** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

1  Telephonic appearances for this hearing are not permitted.
2       Any evidentiary or procedural motions are to be filed by
3  **August 16, 2012.**  Oppositions must be filed by **August 23, 2012**
4  and any reply must be filed by **August 30, 2012.**  The motions will
5  be heard by the Court at the same time as the Final Pretrial
6  Conference.
7       IT IS SO ORDERED.

Dated: October 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE