1  Gary J. Smith (State Bar No. 141393)
   (gsmith@bdlaw.com)
2  Daniel M. Brian (State Bar No. 262485)
   (dbrian@bdlaw.com)
3  BEVERIDGE & DIAMOND, P.C.
   456 Montgomery Street, Suite 1800
4  San Francisco, CA 94104-1251
   Telephone:  (415) 262-4000
5  Facsimile:  (415) 262-4040

6  Attorneys for Defendant
   Sterling Centrecorp Inc.
7

8                             **UNITED STATES DISTRICT COURT**

9                             **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>vs.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | Case No. 2:08-cv-02556- MCE-JFM<br><br>**STIPULATION AND ORDER SETTING EARLIER DATE FOR FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES**<br><br>Date:<br>Time:<br>Courtroom: 7<br>Trial Date:  March 5, 2012<br>Judge:  Judge Morrison C. England, Jr.<br><br>[Complaint Filed:  October 27, 2008] |
|---|---|

19

20       It is hereby stipulated among counsel for plaintiffs the United States and the California

21  Department of Toxic Substances Control and counsel for defendant Sterling Centrecorp Inc. that the

22  date for the Final Pretrial Conference shall be moved from September 6, 2012 to August 30, 2012 at

23  2:00 PM in Courtroom 7.  Trial briefs shall be due no later than August 23, 2012.  In addition, The

24  Joint Final Pretrial Statement will now be due not later than August 9, 2012, any evidentiary or

25  procedural motions are to be filed by August 9, 2012.  Oppositions must be filed by August 16, 2012

26  and any replies must be filed by August 23, 2012.

27
28
---
STIPULATION AND [PROPOSED] ORDER SETTING EARLIER DATE FOR FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES; Case No. 2:08-cv-02556-MCE-JFM

1  The Order Continuing Trial, issued October 18, 2011 (Doc. # 150), remains in effect for all
2  deadlines and requirements not affected by this Stipulation and Order.

Respectfully submitted,

Dated: 5-16-2012.                UNITED STATES OF AMERICA

By:      /s/ PATRICIA L. HURST
         PATRICIA L. HURST
         KARL J. FINGERHOOD
         Trial Attorneys
         Environmental Enforcement Section
         Environment and Natural Resources
         Division
         U.S. Department of Justice
         P.O. Box 7611
         Washington, DC 20044

         Attorneys for Plaintiff United States of
         America

Dated: 5-16-2012.                CALIFORNIA DEPARTMENT OF
                                 TOXIC SUBSTANCES CONTROL

By:      /s/ KIRK McINNIS
         KAMALA D. HARRIS
         Attorney General of the State of California
         MARGARITA PADILLA
         Supervising Deputy Attorney General
         KIRK McINNIS
         California Department of Justice
         Office of the Attorney General
         1515 Clay Street, 20th Floor
         Oakland, CA 94612

         Attorneys for Plaintiff
         California Department of Toxic Substances
         Control

| | |
|---|---|
| Dated: 5-16-2012. | BEVERIDGE & DIAMOND, P.C. |
| | By: /s/ GARY J. SMITH |
| | GARY J. SMITH |
| | DANIEL M. BRIAN |
| | Attorneys for Defendant Sterling Centrecorp Inc. |

IT IS SO ORDERED.

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE