**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.**


UNITED STATES OF AMERICA, ET AL.,      No. 2:08-cv-02556-MCE-JFM

       Plaintiffs,

   v.                     **MINUTES**

STERLING CENTRECORP INC.,         Date: October 31, 2012
                            Deputy Clerk: S. Deutsch
       Defendant.          Reporter: D. Shepard
_____/

**Counsel for Plaintiffs**: Patricia Hurst, Gabe Allen, Amy Gillespie,
                              Kirk McInnis
**Counsel for Defendant**:  Gary Smith, Daniel Brian

**BENCH TRIAL - DAY 1**:

 9:00 a.m.    All counsel were present and off the record, the Court and
              counsel discussed matters pertaining to the trial.

 9:10 a.m.    Counsel for the United States, Patricia Hurst, gave her opening
              statement.

 9:42 a.m.    Defense counsel, Gary Smith, gave his opening statement.

10:21 a.m.    The Court adjourned for the morning recess.

10:55 a.m.    All counsel were present and as stated on the record,
              stipulated to offering all exhibits listed on the Plaintiffs'
              exhibit list with the exception of Plaintiff's exhibits 9, 41,
              129 and 165.

10:57 a.m.    The Plaintiffs called witness, Dr. Fredrick Lincoln Quivik, who
              was sworn and testified on direct.

11:19 a.m.    The Court deemed witness, Dr. Fredrick Quivik, an expert for
              the reasons stated on the record.

11:50 a.m.    The Court recessed for the lunch break.

1:30 p.m.     All counsel were present and the direct of Dr. Quivik
              continued.

3:00 p.m.     The Court recessed for the afternoon break.

3:30 p.m.     All counsel were present and the direct of Dr. Quivik
              continued.

4:15 p.m.     The witness was excused and the Court adjourned until 9:00 a.m.
              on November 5, 2012.




**TIME IN COURT**: 5 hours, 45 minutes