PATRICIA L. HURST (DC Bar No. 438882)
GABRIEL ALLEN (GA Bar No. 740737)
AMY R. GILLESPIE (NC Bar No. 20511)
Trial Attorneys
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044
(202) 307-1242 / (202) 514-7519
patricia.hurst@usdoj.gov
gabriel.allen@usdoj.gov
amy.gillespie@usdoj.gov

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA

KAMALA D. HARRIS
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General
KIRK McINNIS (CA Bar No. 130952)
California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
kirk.mcinnis@doj.ca.gov

ATTORNEYS FOR PLAINTIFF
CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,** <br> Plaintiffs, <br><br> **v.** <br><br> **STERLING CENTRECORP INC., STEPHEN P. ELDER and ELDER DEVELOPMENT, INC.,** <br> Defendants. | No. 2:08-CV-02556-MCE-JFM <br> **JOINT NOTICE OF RESOLUTION OF EVIDENTIARY DISPUTE** <br><br><br> Judge: Morrison C. England, Jr. <br> [Complaint Filed: October 27, 2008] |

1

The parties, Plaintiffs, the United States of America and California Department of Toxic Substances Control, and Defendant Sterling Centrecorp Inc., hereby give notice of potential resolution of Defendant's October 31, 2012 objections to four exhibits on Plaintiffs' exhibit list (Exhibits 9, 41, 129 and 165) on the grounds that they contain more than one document. Plaintiffs hereby seek leave to re-package three of those exhibits (Exhibits 9, 41 and 129) as Plaintiffs' Exhibits 9a, 9b, 41, 129a, and 129b, as follows:

Split Plaintiffs' Exhibit 9 (EPA000532-000533) into Plaintiffs' Exhibit 9a (EPA000532) and Plaintiffs' Exhibit 9b (EPA000533);

Change Plaintiffs' Exhibit 41 from RRFP003899-003936 to include only RRFP003915-003931; and

Split Plaintiffs' Exhibit 129 (RRFP000036-000037) into Plaintiffs' Exhibit 129a (RRFP000036) and Plaintiffs' Exhibit 129b (RRFP000037).

If Plaintiffs' request is granted, only the objection to Plaintiffs' Exhibits 165 would remain.  At this time, Plaintiffs do not intend to enter Plaintiffs' Exhibit 165 into evidence.

The Defendant consents to Plaintiffs' request.

The Parties are mindful of the Court's Final Pretrial Order as it relates to offering exhibits at trial that are not contained on the existing Exhibit Lists.  However, the Defendant's concerns did not arise until after the submission of the joint pretrial statement and exhibit lists.  In addition, none of the changes described above add new exhibits to Plaintiffs' Exhibit List. Rather, they split existing Plaintiffs' Exhibits 9 and 129 into Plaintiffs' Exhibits 9a, 9b, 129a, and 129b, and narrow Exhibit 41 from a 38-page Exhibit to a 15-page Exhibit.

Dated:   November 5, 2012                    Respectfully submitted,

/s/ Patricia L. Hurst

_____

PATRICIA L. HURST
GABRIEL ALLEN
AMY R. GILESPIE
Trial Attorneys

2

Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044

Attorneys for Plaintiff United States of America

/s/ Kirk McInnis

_____

KIRK McINNIS
California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

Attorneys for Plaintiff
California Department of Toxic Substances Control

/s/ Gary Smith
GARY SMITH
Beveridge & Diamond
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251

Attorney for Defendant
Sterling Centrecorp, Inc.