**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.**


UNITED STATES OF AMERICA, ET AL.,          No. 2:08-cv-02556-MCE-JFM

          Plaintiffs,

     v.                                    **MINUTES**

STERLING CENTRECORP INC.,                  Date: November 5, 2012
                                           Relief Deputy Clerk: A. Waldrop
          Defendant.                       Reporter: D. Shepard
_____/

**Counsel for Plaintiffs**: Patricia Hurst, Gabe Allen, Amy Gillespie,
                        Kirk McInnis, Thomas Carroll
**Counsel for Defendant**:  Gary Smith, Daniel Brian

**BENCH TRIAL - DAY 2**:

 9:05 a.m.    All counsel were present, the Court and counsel discussed the
              parties stipulation to admitted exhibits. Plaintiff's counsel
              also moved to admit all remaining exhibits, except for exhibits
              9b and 165.

 9:12 a.m.    Witness Fredrick Lincoln Quivik continued on direct testimony.

10:05 a.m.    Cross examination of witness began.

10:30 a.m.    Court and Parties took a brief recess.

10:50 a.m.    Court back in session and all parties present. Cross
              examination of Dr. Quivik continued.

11:55 a.m.    Court and parties took lunch recess.

 1:30 p.m.    Court back in session. All parties present. Cross examination
              of Dr. Quivik continued.

 3:03 p.m.    Court and parties took afternoon recess.

 3:23 p.m.    Court back in session and all parties present. Cross
              examination of Dr. Quivik continued.

 3:42 p.m.    Redirect examination of Dr. Quivik began.

 3:52 p.m.    Examination of Dr. Quivik concluded. Dr. Quivik was excused.

 3:54 p.m.    Counsel for Plaintiff presented video deposition testimonies.

 4:30 p.m.    The Court adjourned until 9:00 a.m. on November 6, 2012.


**TIME IN COURT:** 5 hours 30 minutes