**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.**


UNITED STATES OF AMERICA, ET AL.,          No. 2:08-cv-02556-MCE-JFM

      Plaintiffs,

  v.                                         **MINUTES**

STERLING CENTRECORP INC.,                  Date: November 6, 2012
                                           Deputy Clerk: S. Deutsch
      Defendant.                           Reporter: D. Shepard
_____/

**Counsel for Plaintiffs**: Patricia Hurst, Gabe Allen, Amy Gillespie,
                          Kirk McInnis
**Counsel for Defendant**:  Gary Smith, Daniel Brian

**BENCH TRIAL - DAY 3**:

 9:45 a.m.    The Plaintiffs presented video deposition testimony of,
              Robert Green.

 10:20 a.m.   The Plaintiffs' counsel, Gabe Allen, called witness,
              Wiley R. Wright, who was sworn and testified on direct.

 10:23 a.m.   The witness was deemed an expert by the Court for the reasons
              set forth on the record.

 10:54 a.m.   Defense counsel, Gary Smith, conducted his cross-examination of
              the witness.

 11:10 a.m.   Plaintiffs' counsel, Gabe Allen, redirected the witness.

 11:11 a.m.   The Plaintiffs rested.

 11:15 a.m.   Defense counsel, Gary Smith, called witness, Vanessa Hill, who
              was sworn and testified on direct.

 11:19 a.m.   The witness was deemed an expert by the Court for the reasons
              set forth on the record.

 12:00 p.m.   The Court adjourned for the lunch recess.

 1:00 p.m.    All parties and counsel were present.  Defense counsel,
              Gary Smith, continued with his direct of witness, Vanessa Hill.

 1:10 p.m.    Plaintiffs' counsel, Gabe Allen, conducted his cross
              examination of the witness.

 1:43 p.m.    Defense counsel, Gary Smith, redirected the witness.

 1:46 p.m.    The witness was excused.  The defense presented video
              deposition testimony of, Jack Gilbert.

 2:32 p.m.    The defense presented video deposition testimony of,
              Janet Hendry.

 3:00 p.m.    The Court adjourned until 9:00 a.m. on November 7, 2012.

**TIME IN COURT**: 4 hours, 15 minutes