# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ET AL.,          No. 2:08-cv-02556-MCE-JFM

Plaintiffs,

v.          **EXHIBIT LIST**

STERLING CENTRECORP INC.,          Deputy Clerk: S. Deutsch
         Reporter: D. Shepard

Defendant.

_____/

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED | | ADMITTED | |
|---|---|---|---|---|---|
| | | DATE | TIME | DATE | TIME |
| 1 | Articles of Incorporation of Keystone Copper Corporation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 2 | Exhibit A-1. Agreement between Lava Cap Gold Mining Corp. and New Goldvue Mines Ltd. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 3 | Exhibit A-2. Supplemental Agreement between Lava Cap Gold Mining Corp. and New Goldvue Mines Ltd. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 4 | Letter to shareholders of New Goldvue from President S. Ciglen outlining proposed deal with Lava Cap | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 5 | Letter to Lava Cap from Moot, Sprague, Marcy and Gulick referencing US Treasury Department ruling that the proposed transaction between Lava Cap and New Goldvue constitutes a reorganization under the Internal Revenue Code | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 6 | Letter from Moot, Sprague, Marcy and Gulick to Lava Cap President Leslie Jockmus about arrangements for deed transfer (and transfer of other documents from Lava Cap to New Goldvue) | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 7 | Quitclaim deed from Lava Cap to Keystone Copper Corp. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 8 | Assignment from Lava Cap to New Goldvue of certain insurance policies and a certain indemnity bond | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 9a | Assignment from Lava Cap to New Goldvue of all personal property | 11/5/2012 | 9:08 am | 11/5/2012 | 9:08 am |
| 10 | Letter to stockholders of Lava Cap from President Leslie H. Jockmus describing sale of assets to New Goldvue | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 1:36 p.m. |
| 11 | Exhibit A-5. Assignment from Lava Cap to New Goldvue of a certain US bond in the face amount of $37,500 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 12 | Lava Cap Gold Mining Corp. balance Sheet and bond information as of 9/30/52 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 13 | New Goldvue Mines Limited Report on the Lava Cap Gold Mining Corp., Nevada County, California | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 1:48 p.m. |
| 14 | Letter from Keystone Copper Corporation to L. Dumoulon re: awaiting report on Lava Cap from Siegfried | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 15 | Letter from Charles Hall to L.M. Dumoulon re: Siegfried's report about mine operations | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 16 | Certificate of Dissolution of Lava Cap Gold Mining Corporation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 17 | Report from Board of Directors of New Goldvue Mines Limited to shareholders re: company's activities since last shareholder's meeting 9/30/1952 | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 1:40 p.m. |
| 18 | Letter from Fisher, Gordon & Co. (New Goldvue auditors) to LeRoy Harris, CPA, concerning share valuation; includes assets acquired from Lava Cap as valuations recorded on New Goldvue's records, and consideration paid by New Goldvue for assets as of 9/30/52 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 19 | Letter from New Goldvue (written by Secretary Symons) to Chase Manhattan Bank, regarding the Lava Cap dividend account | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 20 | Letter from Kenyon-Walker Machinery Co. to Keystone Copper Corporation re: delay in listing mill equipment available for purchase, enclosed mill lists | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 21 | New Goldvue Mines Limited minutes of annual meeting of shareholders, with supporting documents attached | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 22 | New Goldvue Mines Limited Board of Directors Meeting Minutes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED | | ADMITTED | |
|---|---|---|---|---|---|
| | | DATE | TIME | DATE | TIME |
| 23 | Letter from Charles Hall to L. Pancer, president of New Goldvue. The letter mentions that Mr. Wisecarver asked for immediate payment of at least $1000 on his account or else he cannot represent New Goldvue in the "numerous silicosis cases pending." He indicates he is trying to sell property south of the mine. | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 2:14 p.m. |
| 24 | New Goldvue Mines Limited Annual Meeting of the Shareholders Minutes; attached Schedule A, Declaration of F.C. Beveridge, In the Matter of the Corporations Act and in the matter of the Annual Meeting of the Shareholders of New Goldvue Mines Limited, Notice of Meeting, Proxy form, Annual Report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 25 | New Goldvue Mines Limited Annual Report for the year ended December 31, 1962 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 26 | New Goldvue Mines Limited Board of Directors Meeting Minutes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 27 | New Goldvue Filing Statement 960 filed with Toronto Stock Exchange listing general company information; also includes Interim Balance Sheets and Notes to Financial Statements as of 7/31/63 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 28 | New Goldvue Mines Filing Statement with the Canadian Stock Exchange | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 29 | New Goldvue Mines Limited Board of Directors Meeting Minutes | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 2:17 p.m. |
| 30 | New Goldvue Mines Limited Board of Directors Meeting Minutes; attached Schedule A, Amending Filing Statement with Toronto Stock Exchange and Financial Statements; Schedule B, Amending Filing Statement with Toronto Stock Exchange and Financial Statements; Schedule C, Amending Filing Statement with the Canadian Stock Exchange and Financial Statements; Schedule D, Amending Filing Statement and Financial Statements; Schedule E, Financial Statements; Schedule F, Directors Report, Notice of Meeting and Proxy form | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 31 | New Goldvue Mines Limited Annual Meeting of Shareholders Minutes Schedule A, Declaration of E. Van Sloten In the Matter of the Corporations Act and in the matter of the Annual Meeting of the Shareholders of New Goldvue Mines Limited; attached Notice of Meeting and proxy form, Directors Report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 32 | Declaration of E. Von Sloten In the Matter of the Corporations Act and In the matter of the Annual Meeting of the Shareholders of new Goldvue Mines Limited; attached Notice of Meeting and Proxy form, Report to Shareholders | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 33 | Report to Shareholders of New Goldvue Mines Limited, Consolidated Balance Sheets | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 34 | Exhibit A to Declaration of E. Von Sloten - Notice of Annual Meeting of Shareholders of New Goldvue Mines Limited; Report to the Shareholders; Information Circular; Consolidated Balance Sheet | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 35 | New Goldvue Mines Limited Annual Meeting of the Shareholders; attached Schedule A, Declaration of E. Van Sloten In the Matter of the Corporations Act and in the matter of the Annual Meeting of the Shareholders of New Goldvue Mines Limited, Notice of Meeting, Report to Shareholders, Balance Sheets, Proxy form | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 36 | Meeting Minutes for New Goldvue Mines Limited Board of Directors | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 2:22 p.m. |
| 37 | Meeting Minutes for New Goldvue Mines Limited Board of Directors | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 38 | Letter from Charles Hall to Jack Gilbert re: enclosing report and other documents about the mining operation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 39 | New Goldvue Mines Limited Board of Directors Meeting Minutes; attached notices of the meeting and list of invoices needing the directors' approval | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 40 | Financial Statements (and notes) of New Goldvue with accompanying Notice of Annual Meeting of Shareholders and Report to Shareholders dated 6/25/1971 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 41 | New Goldvue Mines Limited Letter to Shareholders; Notice of Annual Meeting; Information Circular; Consolidated Financial Statements | 11/5/2012 | 9:08 a.m. | 11/5/2012 | 9:08 a.m. |
| 42 | Report investigating the profitability of operating the Lava Cap mine at today's costs | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 43 | New Goldvue Mines Limited Board of Directors Meeting Minutes; attached letter from Benjamin Kingwell to Leonard Carey re: offer for property, dated 10/20/71, unsigned consent forms, and hand-written resignation as director and treasurer by L. Morin | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 44 | New Goldvue Mines Limited Board of Directors Meeting Minutes; attached Schedule A, Waiver of Notice; Schedule B, Consolidated Financial Statements Year Ended December 31, 1971; Schedule C, Information Circular | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 45 | New Goldvue Mines Limited Annual Meeting of the Shareholders Minutes; attached Schedule B, letter to the shareholders by J. Murphy, Notice of Meeting, Information Circular, Auditors Report, Financial Statements, Ballot for the election of directors by S. Pancer | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 46 | Exhibit A to Declaration of A.N. Norris - New Goldvue Mines Limited Report to the Shareholders; Notice of Annual Meeting; Information Circular; Auditors' Report; Consolidated Balance Sheet; Exhibit A to Declaration of A.N. Norris - New Goldvue Mines Limited Notice of Annual Meeting (7/31/74); Report to Shareholders; A Summary of Information on Central and Banner Mines of Lava Cap Property, California; Information Circular; Auditors' Report; Consolidated Balance Sheet | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED | | ADMITTED | |
|---|---|---|---|---|---|
| | | DATE | TIME | DATE | TIME |
| 47 | Letter from W. McGill, Consulting Geologist, to A. Andrews re: enclosed summary of findings and recommendations on the Lava Cap Gold Mining Corporation, Central and Banner Mines | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 1:54 p.m. |
| 48 | Financial Statements (and notes) of New Goldvue with accompanying Notice of Annual Meeting of Shareholders and Report to Shareholders dated 7/5/1974 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 49 | New Goldvue Mines Limited Annual Meeting of Shareholders, Scrutineers Report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 50 | Exhibits to Declaration of A.N. Norris; Exhibit A - Notice of Annual Meeting of Shareholders of New Goldvue Mines Limited, Letter from the Board to the Shareholders, Information Circular, Auditor's Report, Financial Statements; Exhibit B - Proxy Solicited by Management for Annual Meeting of Shareholders | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 51 | Declaration of William H. Kastner, Exhibit B - Notice of Annual Meeting, Information Circular, Auditor's Report, Financial Statements | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 52 | Schedule B - New Goldvue Mines Limited Notice of Annual Meeting; Report to Shareholders; Information Circular; Auditors' Report; Consolidated Balance Sheet | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 53 | Cranmer Engineering lab report for various constituents on sample taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 54 | New Goldvue Letter to Shareholders, describing the circumstances surrounding a lawsuit filed against it and Keystone by Hudgins and Flax | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 55 | New Goldvue Mines Limited Board of Directors Meeting Minutes Schedule A, Letter from Northern Miner Press Limited to New Goldvue Mines Limited re: mailed to shareholders copies of the Annual Report and Notice of Meeting for 1977 and proxy forms, copies of which are attached | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 56 | Exhibit A to Declaration of William H. Kastner - Lava Cap Resources Ltd. Notice of Annual and General Meeting; Special Resolution of the Corporation; Report to the Shareholders; Information Circular; Auditors' Report; Consolidated Balance Sheet | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 57 | Lava Cap Resources Ltd. Board of Directors Meeting Minutes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 58 | Hand-drawn Lava Cap Mine Plan View and Side View | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 59 | Letter from Jack Del Conte to Keystone Copper Corporation, Ruth Flax and Tracy Hudgins re: Complaint of Discharge from Lava Cap Mine, Nevada County | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 60 | Memo from Jim Pappas to Jack Del Conte re: Complaint of Discharge from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 61 | Letter from California Fish & Game to Central Valley RWQCB re: Silt Discharge to Little Clipper Creek from Lava Cap Mine - Nevada County | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 62 | Lava Cap Resources Ltd. Board of Directors Meeting Minutes Schedule B, Filing Statement with the Toronto Stock Exchange, Financial Statements, Engineering Reports, Geologist's Reports | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 63 | Letter from James Robertson, California RWQCB, to Keystone Copper Corporation, Ruth Flax and Tracy Hudgins re: Discharge from Lava Cap Mine, Nevada County | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 64 | CRWQCB Cleanup and Abatement Order for Keystone Copper Corporation and Ruth I. Flax and J.T. Hudgins | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 4:06 p.m. |
| 65 | Letter from Cranmer Engineering to CRWQCB re: Discharge from Lava Cap Mine - Nevada County | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 66 | Letter from Cranmer Engineering to CRWQCB re: Discharge from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 67 | Lava Cap Resources Ltd. Board of Directors Meeting Minutes Schedule B, Amending Filing Statement | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 68 | Lava Cap Resources Ltd. Board of Directors Meeting Minutes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 69 | Shareholders' Meeting Minutes Exhibit A, including Lava Cap Resources Ltd. 1979 Annual Report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 70 | Lava Cap Resources Minutes of Annual and General Meeting of Shareholders | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 71 | Exhibit L-59.  Report on the Lava Cap Mine Project, Grass Valley, CA. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 72 | Letter from John Chandler to Vinton Clarke re: assistance requested in reopening the Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 73 | Lava Cap Resources Ltd. Board of Directors Meeting Minutes; Lava Cap Resources Ltd. Consolidated Balance Sheet, Consolidated Statement of Loss and Deficit, and Consolidated Statement of Changes in Financial Position as of September 30, 1980 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 74 | Letter from Maurer, Higginbotham & Harris to Gilbert re: Hudgins v. Keystone Copper trial date (May 19-21) | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 75 | Lava Cap Resources 1980 Annual Report (includes Financial Statements and notes) | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 76 | Lava Cap Resources Ltd. Board of Directors Meeting Minutes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 77 | Lava Cap Resources Ltd. Board of Directors Meeting Minutes Exhibit E, Agreement between Keystone Copper Corporation and Mastermine Gold Corp. | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 2:00 p.m. |
| 78 | Exhibit L-67. Letter from Ralph Bachenheimer, Corland Corporation, to Plato Malozemoff, Newmont Mining Corp. regarding potential joint venture between neighboring properties. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED | | ADMITTED | |
|---|---|---|---|---|---|
| | | DATE | TIME | DATE | TIME |
| 79 | Letter from United Duvex Oils & Mines Limited to Keystone Copper Corporation re: enclosed check for $8,333.23 for property taxes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 80 | Keystone Copper Corporation Weekly financial report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 81 | Letter from Anne Hall to Jack Gilbert re: enclosed Keystone report | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 3:58 p.m. |
| 82 | Letter from Jack Gilbert to Anne Hall re: Keystone Copper Corporation, enclosed funds to be applied against accounts payable | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 83 | Letter from CRWQCB to Keystone Copper Corporation re: enclosed staff memorandum of inspection at Lava Cap Mine and continuing discharge at the mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 84 | Central Valley RWQCB Inspection Report, Keystone Copper Corporation, Lava Cap Mine, Nevada County, conducted 5/21/82 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 85 | Letter from Carey to Gilbert re: Keystone Copper Corporation Properties, Lava Cap Mine, Nevada County, California; attached Letter from CRWQCB to Keystone Copper Corporation re: enclosed staff memorandum of inspection at Lava Cap Mine and continuing discharge at the mine, dated 6/24/82 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 86 | Letter from Lava Cap Resources Ltd. to Leonard Carey re: California Regional Water Control Board | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 87 | Letter from Gilbert to Mastermine Gold Corp. re: confirming agreement between Lava Cap Mine and Mastermine is terminated | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 3:36 p.m. |
| 88 | Letter from Leonard Carey to Jack Gilbert re: Lava Cap Resources Ltd., California Regional Water Quality Control Board | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 89 | Letter from CRWQCB to Lava Cap Resources, Ltd. re: Lava Cap Mine, Nevada County, requesting response to requests made by the Board staff in 6/24/82 letter | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 90 | Letter from CRWQCB to Lava Cap Resources re: Keystone Copper Corp. has not responded to requests made by the Board; attached letter from CRWQCB to Keystone re: inspection of the mine, dated June 24, 1982; attached inspection report by Vandenberg at the Lava Cap Mine on May 21, 1982 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 91 | Letter from Leonard Carey to Thomas Vandenberg, CA Regional Water Quality Control Board regarding authorization to carry out testing and reporting procedures | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 92 | Letter from Lava Cap resources Ltd. to Leonard Carey re: enclosed letter from the California Regional Water Quality Control Board, matter to be dealt with by Cranmer | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 93 | Letter from Carey to Lava Cap Resources re: Lava Cap Mine water drainage; attached Cranmer Engineering lab report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 94 | Cranmer Engineering lab report for arsenic on samples taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 95 | Cranmer Engineering lab report for arsenic on samples taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 96 | Letter from Cranmer Engineering, Inc. to Keystone Copper Corporation re: Laboratory Report of samples from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 97 | Letter from State Compensation Insurance Fund to Anne Hall re: medical expenses for Michael Harris | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 98 | Letter from Gilbert to Agnico Eagle Mines Ltd. re: enclosed package of material on the Lava Cap property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 99 | Letter from Gilbert to Sierra Engineering re: enclosing additional materials | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 100 | Letter from Gilbert to Burns Fry Ltd. re: enclosing package of materials on the Lava Cap gold and silver mining property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 101 | Letter from Gilbert to Nevcan Explorations Inc. re: enclosing materials on the Lava Cap property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 102 | Letter from Gilbert to United Siscoe Mines Inc. re: enclosed package of material on the Lava Cap property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 103 | Letter from Gilbert to Northair Mines Ltd. re: enclosing package of material on the Lava Cap property | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 1:57 p.m. |
| 104 | Cranmer Engineering lab report for arsenic on samples taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 105 | Letter from Gilbert to Morrison Petroleums Limited re: enclosing materials on the Lava Cap gold property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 106 | Letter from Gilbert to Stan West Mining Corp. re: enclosing material on the Lava Cap property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 107 | Letter from Gilbert to Northgate Explorations Limited re: enclosing material on the Lava Cap gold property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 108 | Letter from Gilbert to Sierra Engineering re: requesting more references | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 109 | Cranmer Engineering lab report for arsenic on samples taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 110 | Cranmer Engineering lab report for arsenic on samples taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 111 | Letter from Gilbert to Koppen Mining Services re: enclosing material on the Lava Cap property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 112 | Cranmer Engineering lab report for arsenic on samples taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 113 | Cranmer Engineering lab report for arsenic on samples taken from Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED | | ADMITTED | |
|---|---|---|---|---|---|
| | | DATE | TIME | DATE | TIME |
| 114 | Letter from Timberline to Gilbert re: visit to the Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 115 | Letter from Gilbert to Sierra Engineering re: comments on the draft lease | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 116 | Letter from Gilbert to Sierra Engineering re: discontinue negotiations until a committee of the board is satisfied that conditions are met | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 3:45 p.m. |
| 117 | Letter from Gilbert to Sierra Engineering re: company has decided to accept an alternative submission from a highly regarded organization | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 118 | Lava Cap Resources Press Release, announcing an agreement has been reached in principal with Franco-Nevada to reopen the Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 119 | Letter from Gilbert to Anne Hall and Carey re: enclosed Letter of Intent between Franco Nevada Mining Corp. and Lava Cap Resources Ltd. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 120 | Letter from Gilbert to The Toronto Stock Exchange re: enclosed news release on Letter of Intent | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 121 | Letter from Janet Hendry to Anne Hall re: enclosed Statement by Domestic Stock Corporation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 122 | Lava Cap Resources 1982 Annual Report (includes Financial Statements and notes) | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 123 | Exhibit C to Declaration of Vivian Tattrie - Lava Cap Resources Ltd. 1982 Annual Report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 124 | Report from the President of Lava Cap Resources Ltd. to the Shareholders re: Lava Cap mining property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 125 | Agreement between Keystone (and its parent, Lava Cap Resources) and Franco-Nevada detailing terms of latter's purchase of Central and Banner Mines and certain surrounding subsurface rights from the former | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 2:04 p.m. |
| 126 | Letter from Lava Cap Resources Ltd. to Cranmer Engineering, Inc. re: Laboratory Reports, Franco-Nevada now responsible for all matters related to the property; attached letter from Cranmer to Gilbert re: Laboratory Report for samples taken from Lava Cap Mine, dated 7/20/83 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 127 | Exclusive Authorization and Right To Sell properties owned by Lava Cap Resources Ltd. | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 3:53 p.m. |
| 128 | Letter from Carey to Berliner & Spiller re: Keystone Copper Corporation Deed to Jim B. and Nancy Cranmer | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 129a | Lava Cap Resources memo from Jack Gilbert to Jack Murphy about sending tax money to Anne Hall | 11/5/2012 | 9:08 a.m. | 11/5/2012 | 9:08 a.m. |
| 129b | Certificate of Death for Annie Hall | 11/5/2012 | 9:08 a.m. | 11/5/2012 | 9:08 a.m. |
| 130 | Check for $11,000 made out to Anne Hall, Trustee for Keystone Copper Corporation, in order to cover taxes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 131 | Letter from Janet Hendry of Lava Cap Resources to Anne Hall stating that a money order in the amount of $11,000 is enclosed (a copy is attached) to cover outstanding taxes | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 132 | Lava Cap Resources Ltd. Consolidated Financial Statements for the Year Ended December 31, 1983 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 133 | Exhibit A to Declaration of Helen Strategias - Lava Cap Resources Ltd. Notice of Annual and Special Meeting, Special Resolution amending the Articles of the Corporation, Information Circular, By-Law No. 1A; Exhibit B to Declaration of Helen Strategias - Proxy form; Exhibit C to Declaration of Helen Strategias - Lava Cap Resources Ltd. 1983 Annual Report; Exhibit D to Declaration of Helen Strategias - Consolidated Statement of Changes in Financial Position, Consolidated Statement of Revenue, Expenses and Deficit | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 134 | Lava Cap Resources 1983 Annual Report (includes Financial Statements and notes) | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 135 | Report entitled, "Hydrologic Effects of Lowering Water Levels During Exploration - Banner-Lava Cap Mine, Nevada City, California and Hydrologic Monitoring Program," by Hydro-Search, Inc. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 136 | Report entitled, "Hydrologic Monitoring Program for Exploration Phase - Banner-Lava Cap Mine, Nevada City, California," prepared by Hydro-Search, Inc. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 137 | Check for $1750.00 made out to Anne Hall, in trust, re: Keystone Copper | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 138 | Letter from Anne Hall to Jack Gilbert re: breakdown of property taxes for Franco Nevada, Duvex, and Keystone Copper Corp. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 139 | Redacted version of report entitled, "Final Environmental Impact Report for the Rezoning and Use Permit Application of Franco-Nevada Mining Corporation, at Banner-Lava Cap Mine, Nevada County, California," prepared by Cole/Mills Associates | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 140 | Lava Cap Resources Ltd. Consolidated Financial Statements for the Year Ended December 31, 1984 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 141 | Keystone Copper Corporation Weekly financial report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 142 | Lava Cap Resources Ltd. 1984 Annual Report (includes Financial Statements and notes) | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 143 | Exhibit L-91. Letter from Lassonde to Gilbert re: attempts to secure permits for Banner Lava Cap mine | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 3:38 p.m. |

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED | | ADMITTED | |
|---|---|---|---|---|---|
| | | DATE | TIME | DATE | TIME |
| 144 | Letter from Gilbert to Lassonde re: revising Lassonde's June 27, 1985 letter | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 3:42 p.m. |
| 145 | Letter from Lava Cap Resources Ltd. to Lava Capital Corp. re: Franklin Nevada-Lava Cap/Banner Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 146 | Exhibit L-52.  Correspondence about expenses incurred by Franco-Nevada on Lava Cap property and possible sale of their property, newspaper articles (one from 9/29/86, one undated) about homeowners in the area being offered Franco-Nevada's mineral rights, and further correspondence on this topic. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 147 | Lava Cap Resources Ltd. 1985 Annual Report (includes Financial Statements and notes) | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 148 | Resignation as Director and from the office of Secretary-Treasurer of Keystone Copper Corporation by John Murphy | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 149 | Letter from Berliner & Spiller to Lava Cap Resources Ltd. re: right-of-way problem may be a concern in owning the property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 150 | Letter from Lava Capital Corp. to Franco Nevada Mining Corp. re: company's position concerning expenditure estimate, permit received in 1984, referendum and steps to be taken to gain greatest realization from the Lava Cap Mine mineral and surface rights | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 151 | Letter from Lava Capital Corp. to Franco Nevada Mining Corp. re: requesting response to July 3rd letter and a detailed breakdown | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 152 | Letter from Haase and Harris, law firm representing Franco-Nevada Mining Corporation, Limited, to Keystone, Lava Cap Resources, Ltd., and Peter H. Thomas of Lava Capital Corporation about Franco-Nevada termination of interest in Lava Cap properties | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 153 | Letter from Franco Nevada Mining Corp. Ltd. to Cranmer Engineering, Inc. re: Franco Nevada Mining Corporation Inc. has no further interests in Lava Cap Resources Ltd. and all future invoices should be sent to Lava Cap Resources Ltd. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 154 | Exhibit L-57.  Correspondence about "trying to generate some interest in the Grass Valley properties" (includes maps). | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 155 | Letter from Cranmer Engineering, Inc. to Lava Capital Corporation re: enclosing CWQCB order and correspondence concerning the arsenic monitoring program at the Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 156 | Keystone Copper Corporation Financial Statements, December 31, 1986 and 1985 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 157 | Exhibit K-21.  Lava Capital 1986 Annual Report (includes Financial Statements and notes). | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 158 | Letter from Carey to Lava Capital Corporation re: Option to Stephen P. Elder to purchase your 146.35 Acres plus mineral acreage Nevada County, California | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 159 | Fax from Kaulius to Gilbert  re: letter from Carey to Kaulius re: Option to Stephen P. Elder to purchase your 146.35 Acres plus mineral acreage | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 160 | Letter from Lava Capital Corporation to Cranmer Engineering, Inc. re: enclosing copy of statement of account, work completed was on the account of Franco-Nevada Mining since the work was done before Lava Capital took over the mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 161 | Letter from Janet Hendry to Pfanner & Tate re: check for $1,900 enclosed as per conversation with Gordon Harding | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 162 | Exhibit K-22.  Lava Capital 1987 Annual Report (includes Financial Statements and notes). | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 163 | Declaration of Joanne Galusza In the Matter of The Ontario Business Corporations Act and In the Matter of the Annual and Special Meeting Shareholders of Lava Capital Corporation; Notice of Annual and Special Meeting of Shareholders; Management Information Circular; Report and Consolidated Financial Statements, December 31, 1987; Form of Proxy | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 164 | Notice of Exercise of Extension of Option Term between Elder and Lava Capital Corporation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 166 | Letter from Gilbert to Carey re: Elder Option, further extensions would have to be cleared with Peter Thomas | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 167 | Samoth Capital Corporation Board of Directors Meeting Minutes Schedule B, Agenda and Minutes, with draft quarterly report and financial statements | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 168 | Check written out to Lava Capital Corporation for $5000 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 169 | Confirmation of Exercise of Option, option agreement by Elder to purchase property | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 170 | Letter from Gilbert to Inter-County Title Co. re: Seller's Supplemental Escrow Instructions, Lava Capital Corporation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 171 | Hand-written note from Gilbert to Kaulius re: escrow issues; attached letter from Berliner & Spiller to Gilbert re: proposed escrow instructions, dated 11/30/88 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 172 | Extension of Escrow, Lava Capital Corporation/Stephen P. Elder | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 173 | Samoth Capital memo from Gilbert to Kaulius re: Keystone Copper Corporation/Elder Option | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 174 | Extension of Escrow for Lava Capital Corporation/Stephen P. Elder | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 175 | Exhibit K-23.  Samoth 1988 Annual Report (includes Financial Statements and notes). | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED DATE | OFFERED TIME | ADMITTED DATE | ADMITTED TIME |
|---|---|---|---|---|---|
| 176 | Letter from Samoth Capital to Carey re: option to Stephen P. Elder of our 146 acres, Nevada County, California | 10/31/20012 | 10:57 a.m. | 10/31/2012 | 3:31 p.m. |
| 177 | Letter from Clarence McProud, Berliner & Spiller, to Jack Gilbert, Samoth Capital Corporation, re: Elder closing escrow and revised escrow instructions; attached Amendment to Option Agreement, dated April 21, 1989 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 178 | Samoth Capitol memo from Gilbert to Kaulius re: Elder option, attached documents sent by McProud | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 179 | Letter from Gilbert to Berliner & Spiller re: Keystone Copper Corporation, enclosed escrow instructions, grant deed and certificate of incumbency | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 180 | Fax from Samoth Financial Corp. to Gilbert re: statement of adjustments reflecting fees for legal services by Berliner & Spiller; attached letter from Berliner & Spiller to Gilbert re: Seller's Estimated Closing Statement, dated 6/2/89 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 181 | Letter from Berliner & Spiller to Samoth Capital Corporation re: escrow for the sale of the Keystone Copper Corporation property closed this morning | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 182 | Check from Inter-County Title Co. to Samoth Capital Corporation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 183 | Preacquisition Site Assessment for the Banner Mine and the Banner Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 184 | Exhibit K-24.  Samoth 1989 Annual Report (includes Financial Statements and notes). | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 185 | Exhibit K-25.  Samoth 1990 Annual Report (includes Financial Statements and notes). | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 186 | CRWQCB memo from Eckman to Del Conte and Pinkos re: Inspection, Status of Lava Cap Mine | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 187 | CRWQCB memo re: proposal that DTSC be primary agency for resolution of cleanup at site | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 188 | California Secretary of State, Domestic Corporation Certificate of Filing and Suspension; attached Articles of Incorporation of Keystone Copper Corporation, dated 7/12/43; attached Certificate of Amendment of Articles of Incorporation, Keystone Copper Corporation, dated 8/20/81; attached Statement by Domestic Stock Corporation for Keystone Copper Corporation, dated 7/1/87 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 189 | Historical footage of Lava Cap Mine operations, 1937 | 10/31/20012 | 9:17 a.m. | 10/31/2012 | 9:17 a.m. |
| 190 | Summary of findings and recommendations on the Lava Cap Gold Mining Corporation | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 191 | Redacted version of Environmental Information Form, Exploration and Dewatering of the Lava Cap Mine by Cranmer Engineering | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 192 | Exhibit J to Sterling's Response to 104(e) Requests, Financial Statements for Keystone Copper Corporation, 1981-1986 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 193 | California Secretary of State Business Programs Division Statement By Domestic Stock Corporation re: Previous Years Statement of Officers Filings | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 194 | Redacted version of application for Facility Permit/Waste Discharge Supplemental Information for Mining Operations, by Hydro-Search, Inc. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 195 | Summary of Evidence of Service By Gilbert, Hendry and Murphy as Officers and/or Directors of Keystone and Sterling | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 196 | Lava Cap Mine Superfund Site Map | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 197 | New Goldvue Mines Limited Annual Meeting of the Shareholders Schedule B, Financial Statements for the Year Ended December 31, 1963; Schedule C, hand-written ballot for election of Directors; Schedule D, letter from Simard, Knight & Associates to New Goldvue Mines Limited re: Report on Diamond Drill Hole No. 1, Township 1917 Property, Quebec, dated 6/22/64 | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 198 | New Goldvue Mines Limited Annual Meeting of the Shareholders Minutes Schedule A, Declaration of J.K. Breakey In the Matter of the Corporations Act and in the matter of the Annual Meeting of the Shareholders of New Goldvue Mines Limited; attached Notice of Meeting and proxy form, Annual Report | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 199 | Exhibit K-4.  Financial Statements (and notes) of New Goldvue with accompanying Notice of Annual Meeting of Shareholders and Report to Shareholders dated 6/11/1970. | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| 200 | New Goldvue Mines Limited Annual and Special General Meeting of the Shareholders Minutes Schedule A, Declaration of E. Van Sloten In the Matter of The Business Corporations Act 1970 and in the matter of the Annual and Special General Meeting of the Shareholders of New Goldvue Mines Limited; attached President's Report, Notice of Meeting, Special Resolution, Information Circular, Auditors' Report, Balance Sheets, Financial Statements, Proxy form | 10/31/20012 | 10:57 a.m. | 11/5/2012 | 9:10 a.m. |
| J | Receipt of Certification | 11/5/2012 | 1:48 p.m. | 11/5/2012 | 1:49 p.m. |
| N | Letter from Mr. Hall to Mr. Ciglen | 11/5/2012 | 1:54 p.m. | 11/5/2012 | 1:54 p.m. |
| Q | Letter from Mr. Hall to Mr. Pancer | 11/5/2012 | 1:56 p.m. | 11/5/2012 | 1:56 p.m. |
| R | Letter from Mr. Ciglen to Mr. Hall | 11/5/2012 | 1:57 p.m. | 11/5/2012 | 1:57 p.m. |

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | OFFERED | | ADMITTED | |
|---|---|---|---|---|---|
| | | DATE | TIME | DATE | TIME |
| BB | Minutes of Directors Meeting of New Goldvue Mines Limited | 10/31/2012 | 2:51 p.m. | 10/31/2012 | 2:51 p.m. |
| TT | June 1, 1969 Consolidate Financial Statements of 1968. | 11/7/2012 | 9:05 a.m. | 11/7/2012 | 9:05 a.m. |
| VV | Financial Statement | 11/5/2012 | 1:40 p.m. | 11/5/2012 | 1:40 p.m. |
| YY | Letter from Mr. Kingwell to Mr. Carey | 11/5/2012 | 2:05 p.m. | 11/5/2012 | 2:05 p.m. |
| EEE | Statement of Material Facts | 11/5/2012 | 11:22 a.m. | 11/5/2012 | 11:22 a.m. |
| KKK | Lease between Keystone and Flax | 11/5/2012 | 2:26 p.m. | 11/5/2012 | 2:26 p.m. |
| LLL | Addendum to Lease between Keystone and Flax | 11/5/2012 | 2:27 p.m. | 11/5/2012 | 2:27 p.m. |
| VVV | Minutes of Meeting of Board of Directors of Lava Cap Resources LTD | 11/5/2012 | 2:21 p.m. | 11/5/2012 | 2:21 p.m. |
| XXX | Minutes of Steel Investments Limited Management Services Agreement | 11/5/2012 | 9:29 a.m. | 11/5/2012 | 9:29 a.m. |
| 202 | ECF No. 193 – Notice of Deposition Designations Intended to be Offered into Evidence Pursuant to Section VII(B) of the Final Pretrial Order (DE 186) | 11/6/2012 | 9:53 a.m. | 11/6/2012 | 10:20 a.m. |
| 201 | Demonstrative Exhibit Only – Large White Poster Board | 11/6/2012 | 10:29 a.m. | N/A | N/A |
| K | A letter from Charles R. Hall to Mr. L.M. Dumoulon | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| O | A letter to Charles R. Hall from Samuel Ciglen | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| T | Document on the letterhead of New Goldvue Mines, Limited to the Provincial Secretary, Parliament Buildings, Toronto, Ontario | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| V | Letter re filing of Keystone Copper Corporation forms | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| X | A filing with the Ontario government by New Goldvue Mines, Limited reporting the resignation of H.C. Powley as a directory of New Goldvue | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| Z | A filing with the Ontario government by New Goldvue Mines, Limited reporting the resignation of Mr. Landy from the New Goldvue board | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| AA | A letter to Mr. L. Pancer from Charles R. Hall re 360 acres in Section 33 | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| II | 1963 Filing Statement | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| KK | Letter to Toronto Stock Exchange from L. Pancer | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| NN | 1963 Annual Report (with Financial Statements) | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| QQ | 1966 Consolidated Financial Statements | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| ZZ | New Goldvue Mines Ltd. Consolidated Financial Statements Year Ended Dec. 31, 1971 | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| FFF | Minutes of a meeting of the Board of Directors of New Goldvue Mines, Limited | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| GGG | 1973 Consolidated Financial Statements | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| JJJ | Annual Shareholder Meeting Notice (with 1975 Consolidated Financial Statements) | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| BBBB | 1981 Annual Report (containing 1981 Consolidated Financial Statements) | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| CCCC | Status update on trial | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| BBBBB | Franco Nevada Mining Corporation Limited check for $1,209.33, payable to Lava Cap Resources Limited | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| KKKKK | Letter re Keystone Copper Corporation Weekly Report by Anne Hall | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| PPPPP | Correspondence regarding Default Judgment | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| QQQQQ | Letter from Jack Gilbert to Mr. McProud | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| HHHHHH | Log Book Page showing Rescinded Cleanup and Abatement Order | 11/6/2012 | 11:13 a.m. | 11/6/2012 | 11:14 a.m. |
| IIIIII | ECF No. 163, Attachment 4 – Defendant's Trial Witness List and Video Deposition Designations of Absent Witnesses | 11/6/2012 | 2:55 p.m. | 11/6/2012 | 2:55 p.m. |