**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.**


UNITED STATES OF AMERICA, ET AL.,          No. 2:08-cv-02556-MCE-JFM

      Plaintiffs,

   v.                                      **MINUTES**

STERLING CENTRECORP INC.,                  Date: November 7, 2012
                                           Relief Deputy Clerk: A. Waldrop
      Defendant.                        Reporter: D. Shepard
_____/

**Counsel for Plaintiffs**: Patricia Hurst, Gabe Allen, Amy Gillespie,
                        Kirk McInnis, Thomas Carroll
**Counsel for Defendant**:  Gary Smith, Daniel Brian

**BENCH TRIAL - DAY 4**:

 9:00 a.m.    All counsel were present. Defendant's counsel moved to admit
              remaining exhibit.

 9:06 a.m.    Defendant's witness, John Smith, was sworn and testified on
              direct.

 9:24 a.m.    Defense counsel requested that Mr. Smith be designated as an
              expert. Mr. Smith was designated as an expert witness.

10:17 a.m.    Cross examination of Mr. Smith began.

10:30 a.m.    Court and counsel took morning recess.

10:50 a.m.    Court and counsel present. Cross examination of Mr. Smith
              continued.

11:52 a.m.    Cross examination concluded and Mr. Smith was excused.

11:53 a.m.    Plaintiffs' counsel, Amy Gillespie presented rebuttal argument.

11:58 a.m.    Counsel for both parties rested.

12:00 p.m.    Court and counsel discussed proposed findings. Court ordered
              that the proposed findings be filed jointly by 12/14/2012.




**TIME IN COURT**: 3 hours 40 minutes