# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ET AL.,                    No.: 2:08-cv-02556-MCE-JFM

        Plaintiffs,

   v.                                            **WITNESS LIST**

STERLING CENTRECORP INC.,                            Deputy Clerk:  Stephanie Deutsch

        Defendant.                            Court Reporter:  Diane Shepard

_____/

| NAME OF WITNESS | DATE | DIRECT (TIME) | CROSS (TIME) | REDIRECT (TIME) | RECROSS (TIME) |
|---|---|---|---|---|---|
| Fredrick Lincoln Quivik | 10/31/2012 | 10:57 a.m. | | | |
| | | 1:30 p.m. | | | |
| | | 3:30 p.m. | | | |
| Fredrick Lincoln Quivik | 11/5/2012 | 9:12 a.m. | 10:05 a.m. | | |
| | | | 10:50 a.m. | | |
| | | | 1:30 p.m. | | |
| | | | 3:23 p.m. | 3:42 p.m. | |
| Wiley R. Wright | 11/6/2012 | 10:20 a.m. | 10:54 a.m. | 11:10 a.m. | |
| Vanessa Hill | 11/6/2012 | 11:15 a.m. | 1:10 p.m. | 1:43 p.m. | |
| John Smith | 11/7/2012 | 9:06 a.m. | 10:17 a.m. | | |
| | | | 10:50 a.m. | | |