Gary J. Smith (State Bar No. 141393)
(gsmith@bdlaw.com)
Andrew C. Mayer (State Bar No. 287061)
(amayer@bdlaw.com)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040

Attorneys for Defendant
Sterling Centrecorp Inc.

Additional Counsel listed on following page.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>vs.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | Case No. 2:08-cv-02556-MCE-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DESIGNATION OF EXPERTS AND EXCHANGE OF EXPERT REPORTS (PHASE II)**<br><br>Trial Date: July 18, 2016<br>Judge:     Hon. Morrison C. England, Jr.<br><br>[Complaint Filed: October 27, 2008] |

PATRICIA L. HURST (DC Bar No. 438882)
Senior Counsel
GABRIEL ALLEN (GA Bar No. 740737)
Trial Attorney
Environmental Enforcement Section
PAUL CIRINO (NY Bar No. 2777464)
Trial Attorney
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044
(202) 307-1242 / (202) 514-0097
patricia.hurst@usdoj.gov
gabriel.allen@usdoj.gov
paul.cirino@usdoj.gov

Attorneys for Plaintiff
United States of America

KAMALA D. HARRIS
Attorney general of California
SUSAN FIERING
Supervising Deputy Attorney general
KIRK McIINNIS (CA Bar No. 130952
Deputy Attorney General
California Department of Justice
Office of the Attorney General
1515 Clay St., 20th Fl.,
Oakland, CA 94612
Kirk.mcinnis@doj.ca.gov

Attorneys for Plaintiff
California Department of Toxic Substances Control

-2-

Stipulation and Order Extending Time for Designation of Experts and Exchange of Expert Reports;
Case No. 2:08-cv-02556-MCE-JFM

STIPULATION EXTENDING TIME FOR EXCHANGE OF EXPERT REPORTS

WHEREAS, the Court's Phase II Pretrial Scheduling Order (ECF No. 229) set the last day on which all parties to the above-captioned action are to serve on all other parties the name, address, and area of expertise of each expert that they propose to tender at trial, and exchange expert reports, as August 11, 2015, and;

WHEREAS, as part of its initial disclosures made pursuant to Federal Rule of Procedure 26(a) and the Court's Phase II Pretrial Scheduling Order, Plaintiffs United States of America, on behalf of the Environmental Protection Agency, and the California Department of Toxic Substances Control (collectively "Plaintiffs") submitted a large volume of documents to Defendant Sterling Centrecorp, Inc. ("Sterling") via several disks, the last of which was received by Sterling on March 10, 2015, and;

WHEREAS, on May 11, 2015, after undertaking a partial review of the documents submitted by Plaintiffs as part of their initial disclosures (which review is ongoing), Sterling propounded several discovery requests on Plaintiffs, and;

WHEREAS, Plaintiffs and Sterling met and conferred with regard to Sterling's discovery requests, and have agreed that Plaintiffs will produce documents responsive to Sterling's requests on a rolling basis, which production is unlikely to be concluded before late July 2015, and;

WHEREAS, Sterling anticipates that its expert witness will require additional time to review the documents produced by Plaintiffs in response to Sterling's discovery requests, and;

WHEREAS, a thirty-day extension of time for designation of experts and exchange of expert reports will not require additional time for expert discovery; should this Stipulation be granted, the November 18, 2015 cutoff for expert discovery set by the Court's Phase II Pretrial Scheduling Order shall continue to govern; and

WHEREAS, a thirty-day extension of time for designation of experts and exchange of expert reports will carry this deadline past the existing deadline for fact discovery, obviating the need for experts to supplement reports if new facts are disclosed or discovered after the existing deadline for expert disclosure and exchange of expert reports.

NOW THEREFORE, Plaintiffs and Sterling (collectively, "Parties") hereby jointly stipulate and respectfully request that the last day the Parties may serve on all other Parties the name, address, and area of expertise of each expert they propose to tender at trial, and produce a written report prepared and signed by each expert witness, be moved back thirty days, to **September 10, 2015**.

SO STIPULATED.

**For Plaintiff United States of America**

| | |
|---|---|
| 6/29/2015<br>DATED | /s/ Patricia L. Hurst<br>PATRICIA L. HURST<br>GABRIEL ALLEN<br>Environmental Enforcement Section<br>PAUL CIRINO<br>Environmental Defense Section<br>Environment and Natural Resources Division<br>United States Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, California 94105<br>Telephone: (415) 744-6470<br>Facsimile: (415) 744-6476 |

**For Plaintiff Department of Toxic Substances Control**

EDMUND G. BROWN JR.
Attorney General of California
KEN ALEX
Senior Assistant Attorney General

| | |
|---|---|
| 6/29/2015<br>DATED | /s/ Kirk McInnis<br>KIRK MCINNIS<br>Deputy Attorney General<br>1515 Clay St., 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612 |

*Counsel for Plaintiffs United States of America and Department of Toxic Substances Control have authorized Defendant Sterling Centrecorp to file this Stipulation on behalf of these Parties; Defendant Sterling Centrecorp will retain documents evidencing this authorization.*

**For Defendant Sterling Centrecorp, Inc.**

| | |
|---|---|
| 6/29/2015<br>DATED | /s/ Gary J. Smith<br>GARY J. SMITH<br>Beveridge & Diamond, P.C.<br>456 Montgomery Street , Suite 1800<br>San Francisco, CA 94104 |

-4-

Stipulation and Order Extending Time for Designation of Experts and Exchange of Expert Reports;
Case No. 2:08-cv-02556-MCE-JFM

**ORDER**

In light of the Parties signed stipulation (ECF No. 237), the Court finds that good cause exists for issuance of an Order extending the time for the Parties to serve on all other parties the name, address, and area of expertise of each expert they propose to tender at trial, and produce a written report prepared and signed by each expert witness, to **September 10, 2015.**

IT IS SO ORDERED.

Dated:  July 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT