1  Gary J. Smith (State Bar No. 141393)
   (gsmith@bdlaw.com)
2  Andrew C. Mayer (State Bar No. 287061)
   (amayer@bdlaw.com)
3  BEVERIDGE & DIAMOND, P.C.
   456 Montgomery Street, Suite 1800
4  San Francisco, CA 94104-1251
   Telephone:  (415) 262-4000
5  Facsimile:  (415) 262-4040

6  Attorneys for Defendant
   Sterling Centrecorp Inc.
7
   Additional Counsel listed on following page.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11                        **SACRAMENTO DIVISION**

12 | UNITED STATES OF AMERICA, and | Case No. 2:08-cv-02556- MCE-JFM |
13 | CALIFORNIA DEPARTMENT OF TOXIC | |
   | SUBSTANCES CONTROL, | **STIPULATION AND ORDER EXTENDING** |
14 | | **TIME FOR DESIGNATION OF EXPERTS** |
   | Plaintiffs, | **AND EXCHANGE OF EXPERT REPORTS,** |
15 | | **AND HEARING DATE FOR DISPOSITIVE** |
   | vs. | **MOTIONS (PHASE II)** |
16 | | |
   | STERLING CENTRECORP INC., STEPHEN P. | Trial Date: July 18, 2016 |
17 | ELDER, and ELDER DEVELOPMENT, INC., | Judge:      Hon. Morrison C. England, Jr. |
18 | | |
   | Defendants. | [Complaint Filed:  October 27, 2008] |
19

20

21

22

23

24

25

26

27

28

1    PATRICIA L. HURST (DC Bar No. 438882)
     Senior Counsel
2    GABRIEL ALLEN (GA Bar No. 740737)
     Trial Attorney
3    Environmental Enforcement Section
     PAUL CIRINO (NY Bar No. 2777464)
4    Trial Attorney
     Environmental Defense Section
5    Environment & Natural Resources Division
     U.S. Department of Justice
6    P.O. Box 7611
     Washington, DC  20044
7    (202) 307-1242 / (202) 514-0097
     patricia.hurst@usdoj.gov
8    gabriel.allen@usdoj.gov
     paul.cirino@usdoj.gov
9
     Attorneys for Plaintiff
10   United States of America

11   KAMALA D. HARRIS
     Attorney general of California
12   SUSAN FIERING
     Supervising Deputy Attorney General
13   TIMOTHY E. SULLIVAN (CA Bar No. 197054)
     Deputy Attorney General
14   California Department of Justice
     Office of the Attorney General
15   1515 Clay St., 20th Fl.,
     Oakland, CA 94612
16   Timothy.Sullivan@doj.ca.gov

17   Attorneys for Plaintiff
     California Department of Toxic Substances Control

18

19

20

21

22

23

24

25

26

27

28

-2-

## STIPULATION EXTENDING TIME FOR EXCHANGE OF EXPERT REPORTS AND HEARING DATE FOR DISPOSITIVE MOTIONS

WHEREAS, on July 1, 2015, the Court entered the Amendment to the Phase II Pretrial Scheduling Order (ECF No. 238) extending to September 10, 2015, the last day on which all parties to the above-captioned action are to serve on all other parties the name, address, and area of expertise of each expert that they propose to tender at trial, and exchange expert reports, and;

WHEREAS, Plaintiffs United States of America, on behalf of the Environmental Protection Agency ("EPA"), and the California Department of Toxic Substances Control ("DTSC") (collectively "Plaintiffs") have continued to produce large volumes of documents in response to the May 11, 2015 document requests of Defendant Sterling Centrecorp, Inc. ("Sterling"); and

WHEREAS, at the time the Parties sought the extension of expert disclosures to September 10, the Parties expected that Plaintiffs' document production would conclude by July 31, 2015; and

WHEREAS, on July 31, 2015, Sterling received over 25,000 pages of documents from Plaintiffs; and

WHEREAS, because of a bates-numbering error, DTSC will need to re-produce 36 documents comprising 4,700 pages produced on July 31, which production should occur by August 18; and

WHEREAS, in mid-July, in the course of reviewing electronically-stored information, the United States discovered that documents generated with EPA's now-replaced email system could not be accessed with its current system and it was necessary for EPA to devise a means of accessing those documents; and

WHEREAS, on August 4, 2015, the United States advised that a means had been devised to access the EPA documents and 72 additional responsive documents were received by Sterling on August 13; and

WHEREAS, Sterling cannot reasonably review and analyze all of the documents recently produced and the documents still to be re-produced in time to allow its experts to incorporate any relevant information and still meet the current September 10 deadline for exchange of expert reports; and

-3-

WHEREAS, Sterling expects that it will need until October 2, 2015, a 22-day extension of the current deadline, to designate experts and exchange expert reports; and

WHEREAS, postponing the initial disclosure of experts will necessitate extending the deadline for designating supplemental experts and extending by approximately two weeks the deadline for completing expert discovery; and

WHEREAS, the Parties agree that the complexity of issues that may be addressed in dispositive motions merits extending the briefing schedule set by the local rules; and

WHEREAS, the Parties agree that a four-week extension of the March 17, 2016, date for hearing dispositive motions does not necessitate changing the dates for trial, the final pre-trial conference or other related deadlines.

NOW THEREFORE, Plaintiffs and Sterling (collectively, "Parties") hereby jointly stipulate and respectfully request that Court vacate the current deadlines for the disclosure of experts, the disclosure of supplemental experts, the close of expert discovery, and the date for hearing dispositive motions  and adopt the following dates:

Designation of experts and exchange of expert reports – **October 2, 2015;**

Designation of supplemental experts – **November 13, 2015**;

Close of expert discovery – **December 4, 2015**;

Last date for hearing dispositive motions – **April 14, 2016**.

///
///
///
///
///
///
///
///
///
///

1    SO STIPULATED.

2

3    **For Plaintiff United States of America**

4    DATED:  August 14, 2015                  /s/ Patricia L. Hurst
                                               PATRICIA L. HURST
5                                              GABRIEL ALLEN
                                               Environmental Enforcement Section
6                                              PAUL CIRINO
                                               Environmental Defense Section
7                                              Environment and Natural Resources Division
                                               United States Department of Justice
8                                               P.O. Box 7611
                                               Washington, DC  20044
9

10   **For Plaintiff Department of Toxic Substances Control**

11                                             KAMALA D. HARRIS
                                               Attorney General of California
12                                             SUSAN FIERING
                                               Supervising Deputy Attorney General
13

14   DATED:  August 14, 2015                  /s/ Timothy E. Sullivan
                                               TIMOTHY E. SULLIVAN
15                                             Deputy Attorney General
                                               1515 Clay St., 20th Floor
16                                             P.O. Box 70550
                                               Oakland, CA 94612
17

18       *Counsel for Plaintiffs United States of America and Department of Toxic Substances Control
     have authorized Defendant Sterling Centrecorp to file this Stipulation on behalf of these Parties;
     Defendant Sterling Centrecorp will retain documents evidencing this authorization.*

19

20   **For Defendant Sterling Centrecorp, Inc.**

21   DATED:  August 14, 2015                  /s/ Gary J. Smith
                                               GARY J. SMITH
22                                             Beveridge & Diamond, P.C.
                                               456 Montgomery Street , Suite 1800
23                                             San Francisco, CA 94104

24

25

26

27

28

-5-

# ORDER

In view of this Stipulation, the Court finds that good cause exists for issuance of an Order extending pretrial deadlines as follows:

Designation of experts and exchange of expert reports – **October 2, 2015;**

Designation of supplemental experts – **November 13, 2015;**

Close of expert discovery – **December 4, 2015;**

Last date for hearing dispositive motions – **April 14, 2016**.

IT IS SO ORDERED

Dated:  August 19, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Extending Time for Designation of Experts and Exchanged of Expert Reports, and Hearing Date for Dispositive Motions (Phase II); Case No. 2:08-cv-02556-MCE-JFM