JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
GABRIEL ALLEN (GA Bar No. 740737)
gabriel.allen@usdoj.gov
U.S. Department of Justice
Environment and Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6469
Fax: (415) 744-6476
PATRICAL L. HURST (DC Bar No. 438882)
patricia.hurst@usdoj.gov
PETER KRZYWICKI (MI Bar No. P75723)
Peter.krzywicki@usdoj.gov
PAUL CIRINO (NY Bar No. 2777464)
paul.cirino@usdoj.gov
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 307-1242
Fax: (202) 616-2427

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>vs.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | Case No. 2:08-cv-02556- MCE-CKD<br><br>**STIPULATION AND ORDER EXTENDING THE DATE FOR THE CLOSE OF EXPERT DISCOVERY (PHASE II)**<br><br>Trial Date: July 18, 2016<br>Judge:     Hon. Morrison C. England, Jr.<br><br>[Complaint Filed: October 27, 2008] |

KAMALA D. HARRIS
Attorney General of California
SUSAN FIERING
Supervising Deputy Attorney General
TIMOTHY E. SULLIVAN (CA Bar No. 197054)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
1515 Clay St., 20th Fl.,
Oakland, CA 94612
Timothy.Sullivan@doj.ca.gov

Attorneys for Plaintiff
California Department of Toxic Substances Control


GARY J. SMITH (State Bar No. 141393)
KAITLYN D. SHANNON (State Bar No. 295735)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA  94104-1251
Telephone:  (415) 262-4000
Facsimile: (415) 262-4040
gsmith@bdlaw.com
kshannon@bdlaw.com

Attorneys for Defendant
Sterling Centrecorp, Inc.

**STIPULATION EXTENDING THE DATE FOR THE CLOSE OF EXPERT DISCOVERY**

WHEREAS, on August 19, 2015, the Court entered the Stipulation and Order Extending Time for Designation of Experts and Exchange of Expert Reports, and Hearing Date for Dispositive Motions (Phase II) (ECF No. 241) extending to December 4, 2015, the close of expert discovery, and;

WHEREAS, on October 2, 2015, Defendant Sterling Centrecorp, Inc. ("Sterling") made its designation of experts and produced its expert reports, with one of its experts being Dr. Shelley Bookspan; and

WHEREAS, counsel for the Plaintiff-Counterclaim Defendant United States of America (the "United States") requested to take the deposition of Dr. Bookspan prior to the November 13, 2015, date for the designation of supplemental experts; and

WHEREAS, given Dr. Bookspan's work and vacation schedule, the deposition was scheduled for November 18, 2015, at Sterling's counsel's office in San Francisco; and

WHEREAS, on November 17, 2015, Dr. Bookspan stated that she was ill and could not travel to San Francisco for the deposition; and

WHEREAS, given the professional and personal schedules of counsel for Sterling and the United States, as well as the intervention of the Thanksgiving Day holiday, the parties and Dr. Bookspan agreed that they could be available for the deposition on December 10, 2015, in San Francisco, in the event that the Court permitted a short extension of the expert discovery deadline for this purpose; and

WHEREAS, the Parties believe that it is reasonable to extend the expert discovery deadline by one week to accommodate counsel and the witness for the deposition and that there would be no need for a corresponding extension of any other deadlines in the case, including the April 14, 2016, date for hearing dispositive motions; and

WHEREAS, the Parties are unaware of any prejudice that would be suffered by any party based on the relief requested herein.

NOW THEREFORE, the United States and Sterling hereby jointly stipulate and respectfully request that Court extend the deadline for the close of expert discovery by one week, to December 11, 2015, for the purpose of allowing the deposition of Dr. Shelley Bookspan.

SO STIPULATED.

*Counsel for Defendant Sterling Centrecorp, Inc. and Department of Toxic Substances Control have authorized Plaintiff-Counterclaim Defendant United States of America to file this Stipulation on behalf of these Parties; the United States will retain documents evidencing this authorization.*

**For Plaintiff-Counterclaim Defendant United States of America**

November 19, 2015           */s/ Paul Cirino*
                            PATRICIA L. HURST
                            GABRIEL ALLEN
                            Environmental Enforcement Section
                            PAUL CIRINO
                            Environmental Defense Section
                            Environment and Natural Resources Division
                            United States Department of Justice
                            P.O. Box 7611
                            Washington, DC  20044

**For Plaintiff Department of Toxic Substances Control**

                            KAMALA D. HARRIS
                            Attorney General of California
                            SUSAN FIERING
                            Supervising Deputy Attorney General

November 19, 2015           */s/ Timothy E. Sullivan*
                            TIMOTHY E. SULLIVAN
                            Deputy Attorney General
                            1515 Clay St., 20th Floor
                            P.O. Box 70550
                            Oakland, CA 94612

**For Defendant Sterling Centrecorp, Inc.**

November 19, 2015           */s/ Gary J. Smith*
                            GARY J. SMITH
                            Beveridge & Diamond, P.C.
                            456 Montgomery Street , Suite 1800
                            San Francisco, CA 94104

## **ORDER**

In view of this Stipulation, the Court finds that good cause exists for issuance of an Order extending the date for the close of expert discovery by one week. Expert discovery in this case shall close on December 11, 2015. All other dates established in this case remain unchanged.

IT IS SO ORDERED.

**Dated: November 20, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT