Gary J. Smith (State Bar No. 141393)
(GSmith@bdlaw.com)
Kaitlyn D. Shannon (State Bar No. 296735)
(KShannon@bdlaw.com)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:   (415) 262-4040

Attorneys for Defendant
Sterling Centrecorp Inc.

# UNITED STATES COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>vs.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | Case No. 2:08-cv-02556- MCE-DB<br><br>**STIPULATION AND ORDER GRANTING ADDITIONAL DISCOVERY RELATING TO RECOVERY OF ENFORCEMENT COSTS**<br><br>Trial Date:  Not Scheduled<br>Judge:       Hon. Morrison C. England, Jr.<br><br>[Complaint Filed:  October 27, 2008] |

WHEREAS, on March 25, 2009, the Court entered the Bifurcation Order (ECF No. 26) separating the discovery and trial of defendants' liability ("Phase I") from the discovery and trial on plaintiffs' entitlement to response costs ("Phase II"), and;

WHEREAS, on September 8, 2015, the Court signed a Stipulation and Order (ECF No. 244) providing that (a) on or before 60 days after the conclusion of the Phase II trial, Plaintiffs United States of America and California Department of Toxic Substances Control ("Plaintiffs") shall jointly file a motion seeking enforcement costs, which are a subset of the response costs being litigated in Phase II; (b) on or before 60 days after Plaintiffs' deadline to file a motion seeking enforcement costs, if Defendant Sterling Centrecorp, Inc. ("Sterling") decides a response is necessary, Sterling shall file a response in opposition to Plaintiffs' motion for enforcement costs; and (c) on or before 21

days after Sterling's deadline to file its response, if Plaintiffs decide a reply is necessary, Plaintiffs shall jointly file a reply to any response in opposition filed by Sterling.  The Court's order further provided that (d) Sterling will have an opportunity to take discovery on Plaintiffs' enforcement costs following the Phase II trial until 60 days after Plaintiffs' deadline to file a motion seeking enforcement costs, however, Plaintiffs do not waive their right to assert any privilege or any objection that could apply to any part of Sterling's discovery request; and (e) Plaintiffs do not agree to submit their attorneys for depositions in this matter and do not waive their right to seek a protective order barring any depositions they deem objectionable;

WHEREAS, the Court has resolved all matters that could have been tried in Phase II pursuant to the Parties' stipulation, leaving only the enforcement costs portion of Plaintiffs' response costs unresolved;

WHEREAS, on October 24, 2016, the Court signed a Stipulation and Order (ECF No. 301) staying the deadlines in the Court's September 8, 2015 Order until December 21, 2016 to provide the Parties time to negotiate a settlement of enforcement costs.  The stipulated schedule for briefing and discovery related to Plaintiffs' motion for enforcement costs would commence when the stay ended on December 21, 2016 if the Parties were unable to settle the issue of enforcement costs;

WHEREAS, the Parties did not settle the issue of enforcement costs and Plaintiffs' deadline for filing a joint motion for recovery of enforcement costs is February 21, 2017.  Sterling's opposition to such a motion, if any, is due April 21, 2017 and Plaintiffs' joint reply is due on May 12, 2017;

WHEREAS, Plaintiffs and Sterling wish to agree to limit the number of document requests that may be served and increase the number of interrogatories that may be served beyond the limits contained in Federal Rule of Civil Procedure 33 and the Court's Scheduling Orders;

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS AND STERLING, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

1. Sterling and Plaintiffs may each serve up to 25 interrogatories and 25 document requests relating to enforcement costs.

2. Sterling and Plaintiffs agree not to depose each other's timekeepers.  Sterling and

2

Stipulation and Order Granting Additional Discovery Relating to Recovery of Enforcement Costs
Case No. 2:08-cv-02556-MCE-CKD

Plaintiffs retain their rights to depose any retained expert witnesses, as that term is used in the Court's Phase II Pretrial Scheduling Order, that Sterling or Plaintiffs rely upon to support or oppose Plaintiffs' motion for enforcement costs.

3. Plaintiffs agree that billing records, narratives, and cost documentation voluntarily shared with Sterling during settlement discussion and marked privileged and confidential may be filed with the Court. Sterling agrees to file these documents under seal with the Court.

4. Should Plaintiffs seek discovery of Sterling and require additional time to prepare their reply brief, Sterling will not oppose Plaintiffs' request to stay their reply deadline up to 45 days after Sterling serves its response to written discovery and any retained expert witnesses offered by Sterling have been deposed.

For Defendant Sterling Centrecorp, Inc.

January 31, 2017  
DATED

/s/ Gary J. Smith  
GARY J. SMITH  
Beveridge & Diamond, P.C.  
456 Montgomery Street, Suite 1800  
San Francisco, CA 94104

For Plaintiff United States of America

January 31, 2017  
DATED

/s/ Patricia L. Hurst  
PATRICIA L. HURST  
Senior Counsel  
Environmental Enforcement Section  
Environment and Natural Resources Division  
United States Department of Justice  
PO Box 7611  
Washington, DC 20044-7611

For Plaintiff Department of Toxic Substances Control

XAVIER BECERRA  
Attorney General of California  
TIMOTHY R. PATTERSON  
Supervising Deputy Attorney General

January 31, 2017
DATED

/s/ John Everett
JOHN EVERETT
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA  92186

*Counsel for Plaintiffs the United States of America and Department of Toxic Substances Control have authorized Defendant Sterling Centrecorp, Inc. to file this Stipulation on behalf of these Parties.  Sterling Centrecorp, Inc. will retain documents evidencing this authorization.*

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED.**

Dated:  February 7, 2017

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

Stipulation and Order Granting Additional Discovery Relating to Recovery of Enforcement Costs
Case No. 2:08-cv-02556-MCE-CKD