# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,<br><br>  Defendants. | Case: 2:08−CV−02556−MCE−DB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

After reviewing Defendant Sterling Centrecorp Inc.'s ("Sterling") Request to Seal Documents, the documents covered by the Request, and the brief in support of the Request, and there being no opposition to that Request, the Court GRANTS Sterling's Request to Seal Documents.

The Court determines that only the parties will have access to these billing records and the records will be sealed for the duration of this litigation, including any appeals, until a final judgment is entered.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE