1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TIMOTHY R. PATTERSON
   State Bar No. 72209
3  Supervising Deputy Attorney General
   JOHN W. EVERETT
4  Deputy Attorney General
   State Bar No. 259481
5    600 West Broadway, Suite 1800
     San Diego, CA 92101
6    P.O. Box 85266
     San Diego, CA 92186-5266
7    Telephone: (619) 738-9305
     Fax: (619) 645-2271
8    E-mail: John.Everett@doj.ca.gov
   *Attorneys for Plaintiff California Department of*
9  *Toxic Substances Control*

10

11            IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  **UNITED STATES OF AMERICA, and**          2:08-cv-02556-MCE-DB
    **CALIFORNIA DEPARTMENT OF TOXIC**
15  **SUBSTANCES CONTROL,**                    **STIPULATION AND ORDER**
                                               **GRANTING EXTENSION FOR**
16                              Plaintiffs,    **PLAINTIFFS' REPLY BRIEFS IN**
                                               **SUPPORT OF MOTIONS FOR**
17         v.                                  **ENFORCEMENT COSTS**

18                                             Judge:       The Honorable Morrison C.
    **STERLING CENTRECORP INC.,**                           England, Jr.
19  **STEPHEN P. ELDER, and ELDER**            Trial Date:  Not Scheduled
    **DEVELOPMENT, INC.,**                     Action Filed: June 22, 2007

20                              Defendants.

21

22

23

24

25

26

27

28

                                    1

WHEREAS, on March 25, 2009, the Court entered the Bifurcation Order (ECF No. 26) separating the discovery and trial of defendants' liability ("Phase I") from the discovery and trial on plaintiffs' entitlement to response costs ("Phase II");

WHEREAS, only the enforcement costs portion of Plaintiffs United States of America and California Department of Toxic Substances Control ("Plaintiffs") response costs remains unresolved;

WHEREAS, on September 8, 2015, the Court signed a Stipulation and Order (ECF No. 244) providing that (a) on or before 60 days after the conclusion of the Phase II trial, Plaintiffs shall file a motion seeking enforcement costs, which are a subset of the response costs being litigated in Phase II; (b) on or before 60 days after Plaintiffs' deadline to file a motion seeking enforcement costs, if Defendant Sterling Centrecorp, Inc. ("Sterling") decides a response is necessary, Sterling shall file a response in opposition to Plaintiffs' motion for enforcement costs; and (c) on or before 21 days after Sterling's deadline to file its response, if Plaintiffs decide a reply is necessary, Plaintiffs shall file their reply;

WHEREAS, on October 24, 2016, the Court signed a Stipulation and Order (ECF No. 301) staying the deadlines in the Court's September 8, 2015 Order until December 21, 2016 to provide the Parties time to negotiate a settlement of enforcement costs. The stipulated schedule for briefing and discovery related to Plaintiffs' motion for enforcement costs would commence when the stay ended on December 21, 2016 if the Parties were unable to settle the issue of enforcement costs;

WHEREAS, the Parties did not settle the issue of enforcement costs, Plaintiffs' filed separate Motions for Enforcement Costs on February 21, 2017, Sterling filed its Opposition to those motions on April 21, 2017, and Plaintiffs' reply briefs are due on May 12, 2017;

WHEREAS, Plaintiffs and Sterling stipulated on January 31, 2017 that, "[s]hould Plaintiffs seek discovery of Sterling and require additional time to prepare their reply brief, Sterling will not oppose Plaintiffs' request to stay their reply deadline up to 45 days after Sterling serves its response to written discovery";

WHEREAS, Plaintiffs now seek discovery of Sterling and require additional time to prepare their reply brief, and Plaintiffs and Sterling agree to extend the deadline for Plaintiffs' reply briefs to 45 days after Sterling serves its responses to written discovery; and

WHEREAS, Plaintiff DTSC also moved for enforcement costs against Defendants Stephen P. Elder and Elder Development, Inc. (collectively, the "Elder Defendants"), the Elder Defendants have filed no opposition to DTSC's Motion for Enforcement Costs, and DTSC's reply brief shall therefore address only the arguments raised in Sterling's Opposition;

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS AND STERLING, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

1. Plaintiffs separate or joint reply briefs in support of their respective Motions for Enforcement Costs are due on July 17, 2017, forty-five (45) days after the date on which Sterling's responses to written discovery propounded by Plaintiffs must be served.

For Defendant Sterling Centrecorp, Inc.


May 3, 2017                          /s/ Gary J. Smith
DATED                               GARY J. SMITH
                                    Beveridge & Diamond, P.C.
                                    456 Montgomery Street , Suite 1800
                                    San Francisco, CA 94104


For Plaintiff United States of America


May 3, 2017                          /s/ Patricia L. Hurst
DATED                               PATRICIA L. HURST
                                    Senior Counsel
                                    Environmental Enforcement Section
                                    Environment and Natural Resources Division
                                    United States Department of Justice
                                    PO Box 7611
                                    Washington, DC 20044-7611

*Counsel for Defendant Sterling Centrecorp, Inc. has authorized the California Department of Toxic Substances Control to electronically sign and file this Stipulation on its behalf. The Department of Toxic Substances Control will retain documents evidencing this authorization.*

/ / /

/ / /

3

For Plaintiff Department of Toxic Substances Control

                              XAVIER BECERRA
                              Attorney General of California
                              TIMOTHY R. PATTERSON
                              Supervising Deputy Attorney General


May 3, 2017                   /s/ John W. Everett
DATED                         JOHN EVERETT
                              Deputy Attorney General
                              600 West Broadway, Suite 1800
                              San Diego, CA  92186



**ORDER**


        In accordance with the foregoing stipulation, and good cause appearing, Plaintiff's reply

briefs shall be filed not later than July 17, 2017.

        IT IS SO ORDERED.

Dated:  May 4, 2017


                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE