[The Names and Parties submitting this Document are listed on the two pages immediately following this Caption Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiffs,<br><br>v.<br><br>**STERLING CENTRECORP INC., STEPHEN P. ELDER and ELDER DEVELOPMENT, INC.,**<br><br>Defendants. | No. 2:08-cv-02556-MCE-DB<br><br>**JOINT STIPULATION AND ORDER GRANTING EXTENSION FOR PLAINTIFFS' REPLY BRIEFS IN SUPPORT OF MOTIONS FOR ENFORCEMENT COSTS**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date: Not Scheduled<br><br>[Complaint Filed: October 27, 2008] |

JOINT STIPULATION AND ORDER RE: EXTENSION FOR REPLY BRIEFS AND
HEARING ON MOTION FOR ENFORCEMENT COSTS
*United States et al. v. Sterling Centrecorp Inc. et al.,* No. 2:08-CV-02556-MCE-DB

PATRICIA L. HURST (DC Bar No. 438882)
PETER KRZYWICKI (MI Bar No. P75723)
DAVIS FORSYTHE (MA Bar No. 667115)
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Telephone: (303) 844-1391
Facsimile: (303) 844-1350
patricia.hurst@usdoj.gov
peter.krzywicki@usdoj.gov
davis.forsythe@usdoj.gov

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA

XAVIER BECERRA (State Bar No. 118517)
Attorney General of California
TIMOTHY R. PATTERSON (State Bar No. 72209)
Supervising Deputy Attorney General
JOHN W. EVERETT (State Bar No. 259481)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9305
Fax: (619) 645-2271
E-mail: John.Everett@doj.ca.gov

ATTORNEYS FOR PLAINTIFF
CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL

GARY J. SMITH (State Bar No. 141393)
GSmith@bdlaw.com
KAITLYN D. SHANNON (State Bar No. 296735)
KShannon@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040

ATTORNEYS FOR DEFENDANT STERLING CENTRECORP, INC.

| | |
|---|---|
| 1 | WHEREAS, on March 25, 2009, the Court entered the Bifurcation Order (ECF No. 26) separating the discovery and trial of defendants' liability ("Phase I") from the discovery and trial on Plaintiffs' entitlement to response costs ("Phase II"); |
| 4 | WHEREAS, only the enforcement costs portion of Plaintiffs United States of America and California Department of Toxic Substances Control ("Plaintiffs") response costs remains unresolved; |
| 7 | WHEREAS, Plaintiffs' filed separate Motions for Enforcement Costs on February 21, 2017 (ECF Nos. 304 and 305), and Sterling filed its Opposition to those motions on April 21, 2017 (ECF No. 307); |
| 10 | WHEREAS, by stipulation and order of this Court, the deadline for Plaintiffs' to file a Reply to Sterling's Opposition is currently set for July 17, 2017, and the hearing on Plaintiffs' Motions for Enforcement Costs is currently set for July 27, 2017 (ECF No. 314); |

WHEREAS, on March 25, 2009, the Court entered the Bifurcation Order (ECF No. 26) separating the discovery and trial of defendants' liability ("Phase I") from the discovery and trial on Plaintiffs' entitlement to response costs ("Phase II");

WHEREAS, only the enforcement costs portion of Plaintiffs United States of America and California Department of Toxic Substances Control ("Plaintiffs") response costs remains unresolved;

WHEREAS, Plaintiffs' filed separate Motions for Enforcement Costs on February 21, 2017 (ECF Nos. 304 and 305), and Sterling filed its Opposition to those motions on April 21, 2017 (ECF No. 307);

WHEREAS, by stipulation and order of this Court, the deadline for Plaintiffs' to file a Reply to Sterling's Opposition is currently set for July 17, 2017, and the hearing on Plaintiffs' Motions for Enforcement Costs is currently set for July 27, 2017 (ECF No. 314);

WHEREAS, Plaintiffs served their Requests for Production (Phase II – Enforcement Costs) and Interrogatories (Phase II – Enforcement Costs) on cost-related matters on May 3, 2017, and Sterling served its Responses on June 2, 2017;

WHEREAS, Plaintiffs have reviewed Sterling's Responses and intend to file a Motion to Compel with regard to certain of the Responses, and whereas the Parties met and conferred on June 5, 2017 pursuant to Local Rule 251 but were unable to resolve their disagreement as to the intended Motion to Compel;

WHEREAS, Plaintiffs intend to proceed with their Motion to Compel, and the Parties are currently drafting a Joint Statement re Discovery Dispute pursuant to Local Rule 251, which they intend to complete in time for Plaintiffs to timely file their Motion to Compel for a hearing by Magistrate Barnes on July 14, 2017, or as soon thereafter as she may be available to hear the matter; and

WHEREAS, judicial economy and the interests of the Parties will be best served if Plaintiffs' Reply briefing is due and the hearing on Plaintiffs' Motions for Enforcement Costs is held after the Motion to Compel is resolved;

1

JOINT STIPULATION AND ORDER RE: EXTENSION FOR REPLY BRIEFS AND
HEARING ON MOTION FOR ENFORCEMENT COSTS
*United States et al. v. Sterling Centrecorp Inc. et al.,* No. 2:08-CV-02556-MCE-DB

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS AND STERLING, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

Plaintiffs separate or joint reply briefs in support of their respective Motions for Enforcement Costs shall be due on the later of: a) July 17, 2017; b) 10 days after the Court has ruled on the Motion to Compel (if the Motion to Compel is denied); or c) 10 days after Sterling has supplemented its discovery responses and/or produced all additional documents as directed by the Court (if the Motion to Compel is granted in whole or in part); and

The hearing on Plaintiffs' Motions for Enforcement Costs shall be continued to August 31, 2017. The Parties shall petition the Court to further continue this hearing if it appears likely that Plaintiffs' reply brief(s) in support of their respective Motions for Enforcement Costs would be due less than seven days before the scheduled hearing date.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

/s/ *Davis H. Forsythe*
DAVIS H. FORSYTHE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

Attorney for Plaintiff United States of America

FOR THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

/s/ *John W. Everett*
JOHN W. EVERETT
Deputy Attorney General

Attorney for Plaintiff
California Department of Toxic Substances Control

2

JOINT STIPULATION AND ORDER RE: EXTENSION FOR REPLY BRIEFS AND
HEARING ON MOTION FOR ENFORCEMENT COSTS
*United States et al. v. Sterling Centrecorp Inc. et al.,* No. 2:08-CV-02556-MCE-DB

FOR STERLING CENTRECORP, INC.:

/s/ *Kaitlyn D. Shannon*
GARY J. SMITH
KAITLYN D. SHANNON
BEVERIDGE & DIAMOND, P.C.

Attorneys for Defendant
Sterling Centrecorp, Inc.[1]

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the deadline for the Plaintiffs' separate or joint reply briefs in support of their respective Motions for Enforcement Costs shall be due on the later of: a) July 17, 2017; b) 10 days after the Court has ruled on the Motion to Compel (if the Motion to Compel is denied); or c) 10 days after Sterling has supplemented its discovery responses and/or produced all additional documents as directed by the Court (if the Motion to Compel is granted in whole or in part. In addition, because the August 31, 2017 hearing date requested in the stipulation is unavailable on the Court's calendar, after conferring with counsel the date for the hearing on the Motions for Enforcement Costs shall be September 29, 2017 at 2:00 p.m. in Courtroom No. 7.

IT IS SO ORDERED.

Dated: June 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] *Counsel for Defendant Sterling Centrecorp, Inc. has authorized counsel for the United States to electronically sign and file this Joint Stipulation on its behalf. Counsel for the United States will retain documents evidencing this authorization.*

3