IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiffs,<br><br>v.<br><br>**STERLING CENTRECORP INC., STEPHEN P. ELDER and ELDER DEVELOPMENT, INC.,**<br><br>Defendants. | No. 2:08-cv-02556-MCE-CKD<br><br>**ORDER GRANTING THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL'S REQUEST TO SEAL DOCUMENTS**<br><br>Date: Thursday, September 21, 2017<br>Time: 2:00 PM<br>Courtroom: 7<br>Judge: Morrison C. England, Jr.<br><br>[Complaint Filed: October 27, 2008] |

After reviewing the California Department of Toxic Substances Control's ("DTSC") Request to Seal Documents ("Request"), and the documents covered by the Request, and there being no opposition to that Request, the Court grants DTSC's Request.

The Court determines that only the parties will have access to DTSC's Reply Brief and to Attachment A thereto, and that these records will be sealed for the duration of this litigation, including any appeals, until a final judgment is entered.

**IT IS SO ORDERED**.

Dated: August 21, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1