# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiffs,<br><br>        **v.**<br><br>**STERLING CENTRECORP INC., STEPHEN P. ELDER and ELDER DEVELOPMENT, INC.,**<br><br>Defendants. | No. 2:08-cv-02556-MCE-DB<br><br>**ORDER** |

The Court having reviewed the Motion of the United States of America against Defendant Sterling Centrecorp Inc. for an award of enforcement response costs, the declarations and exhibits in support thereof, and any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that:

1. The United States' Motion (ECF No. 304) is GRANTED.

2. The Court finds that, as of April 5, 2016, the United States had incurred recoverable unreimbursed enforcement response costs of at least $2,256,216.31 in connection with the Lava Cap Mine Superfund Site in Nevada County, California.

1

3. The Court further finds that these costs are not inconsistent with the National Contingency Plan and are therefore recoverable under Section 107(a) of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9607(a).

4. The Court further finds that the costs sought are reasonable.

IT IS SO ORDERED.

Dated: February 9, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE