UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | No. 2:08-cv-2556 MCE DB<br><br>ORDER |

On January 10, 2020, plaintiff/judgment creditor United States of America filed a motion to compel production from defendant/judgment debtor Sterling Centrecorp Inc. (ECF No. 348.) The motion is scheduled for hearing before the undersigned on January 31, 2020, pursuant to Local Rule 302(c)(1). On January 24, 2020, the parties filed a joint statement re: discovery disagreement. (ECF No. 351.)

The parties agree in the joint statement that Sterling Centrecorp Inc., made supplemental productions of discovery responses on January 21 and January 23, 2020. (ECF No. 351 at 3, 15-16.) Sterling Centrecorp Inc., asserts that this production "may obviate the need for a hearing on this matter." (Id. at 16.) "The United States has not yet had sufficient opportunity to evaluate the information in these recent productions, but will endeavor to do so as soon as possible in an

1

attempt to narrow the issues before the Court." (Id. at 3.)  In light of the parties' representations the undersigned will continue the hearing of the motion to compel to allow for review of the supplemental productions.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 31, 2020 hearing of plaintiff's motion to compel (ECF No. 348) is continued to **February 21, 2020**; and

2. On or before **February 14, 2020**, the parties shall file an updated joint statement that accounts for defendant's supplemental productions and reflects the current state of the parties' dispute.

Dated: January 28, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USvSterling2556.cont.mtc.ord