UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING CENTRECORP INC., STEPHEN P. ELDER and ELDER DEVELOPMENT, INC.,<br><br>Defendants. | No. 2:08-cv-2556 MCE DB<br><br>ORDER |

This action came before the court on February 21, 2020, for hearing of plaintiff/judgment creditor United States of America's motion to compel. (ECF No. 348.) Attorney Patricia Hurst appeared on behalf of plaintiff United States of America. Attorney Reed Sato appeared on behalf of plaintiff California Department of Toxic Substances Control. Attorneys Gary Smith and Kaitlyn Shannon appeared on behalf of defendant/judgment debtor Sterling Centrecorp Inc.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's January 10, 2020 motion to compel (ECF No. 348) is granted; and

////

////

1

2. Within thirty days of the date of this order defendant shall produce to plaintiff responsive discovery.

Dated: February 21, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USvSterling2556.oah.022120