

# United States District Court
# Eastern District of California

Case Number: 2:08-cv-02556-MCE-DB

United States of America, and California Department of Toxic Substances Control

Plaintiff(s)

Sterling Centrecorp Inc., Stephen P. Elder, and Elder Development, Inc.

v.

APPLICATION FOR PRO HAC VICE;
ORDER THEREON

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Torkin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: SC Inc., formerly known as Sterling Centrecorp Inc.

On 11/22/1999 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/19/2021

Signature of Applicant: /s/ Michael Torkin

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael Torkin |
| Law Firm Name: | Simpson Thacher & Bartlett LLP |
| Address: | 425 Lexington Ave |
| | New York |
| City: | New York    State: NY    Zip: 10017 |
| Phone Number w/Area Code: | (212) 455-3752 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | Michael.Torkin@stblaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Chet A. Kronenberg |
| Law Firm Name: | Simpson Thacher & Bartlett LLP |
| Address: | 1999 Avenue of the Stars, 29th Floor |
| | |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 407-7500    Bar # 222335 |

## **ORDER**

    The Pro Hac Vice Application above is hereby **APPROVED**. The Pro Hac Vice Attorney is **DIRECTED** to request filing access through PACER.

Dated: September 13, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE